<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF COLUMBIA**</u>

TRAVIS ADKINS,

*Plaintiff*,

v.

THE DAILY WIRE, LLC,

LUKE ROSIAK, and

JASMINE BATTLE,

*Defendants*.

No. 1:25-cv-4399

<u>**COMPLAINT AND DEMAND FOR JURY TRIAL**</u>

Plaintiff Travis Adkins, the former president and CEO of the United States African Development Foundation ("USADF"), brings this action to hold Defendants The Daily Wire, LLC; its "Government Efficiency" reporter Luke Rosiak; and former USADF employee and The Daily Wire source Jasmine Battle accountable for their knowingly false, defamatory, and intentionally harmful campaign against Mr. Adkins in a series of articles The Daily Wire published in May 2025. In support of his complaint, Mr. Adkins alleges as follows:

<u>**NATURE OF THE ACTION**</u>

1.     In March 2025, USADF made headlines for the agency's resistance against the so-called Department of Government Efficiency ("DOGE")—a now-defunct Trump-Administration initiative dedicated to downsizing the federal government. On March 5, DOGE agents attempted to forcibly enter USADF's offices, only for USADF personnel to bar the doors and file a lawsuit challenging the legality of DOGE's attempted takeover. USADF's act of defiance led DOGE's

detractors to lionize USADF as "the little agency that could." But it also drew the ire of DOGE's biggest supporters, chief among them the for-profit right-wing media company The Daily Wire and its reporter, Luke Rosiak.

2.  The Daily Wire and Mr. Rosiak ("The Daily Wire Defendants") were invested in DOGE's mission, which mirrored their deeply-held belief that most of government is a bloated, corrupt boondoggle. In DOGE's attempts to destroy USADF, The Daily Wire Defendants also saw a way to further their public contempt for anything perceived as liberal—like foreign aid and government involvement in humanitarian causes. The Daily Wire Defendants set out to channel their disdain into publishing a series of articles attacking USADF, hoping that serving up such right-wing red meat to their audience would drive up readership and profits.

3.  USADF's confrontation with DOGE came at a critical time for The Daily Wire, which was facing its own financial crisis and was desperate for ways to increase subscriptions and reader engagement. By attacking the agency that had most visibly opposed DOGE, The Daily Wire Defendants sought not only to further DOGE's agenda, but also to increase The Daily Wire's paid subscribers and advertisers by providing more of the content The Daily Wire had conditioned them to expect: reports of graft and corruption; of diversity, equity, and inclusion run amok; of an America-last agency helmed by unqualified, unaccountable, corrupt, and criminal leaders who hate white people and veterans.

4.  But there was a problem. USADF's recent president and CEO, Travis Adkins, did not fit The Daily Wire Defendants' predetermined narrative. On the contrary, at every stage of his career, Mr. Adkins had opposed graft, corruption, and lawlessness, striving to model ethical and dedicated service on behalf of the American people.

5.      Because Mr. Adkins was the last president and CEO of USADF appointed during the Biden Administration, it was vital to The Daily Wire Defendants to tear him down publicly, otherwise their planned pro-DOGE, anti-USADF crusade might lose force. And so, rather than letting the truth interfere with their preconceived storyline, The Daily Wire Defendants libeled Mr. Adkins with a slew of demonstrably false allegations. They falsely labeled him as an unvetted government stooge who had been appointed to USADF without ever applying; a serial embezzler using agency funds to buy expensive suits and stay in luxury hotels; and a bigot who refused to hire non-Black people and veterans.

6.      Each of those allegations is provably false, and The Daily Wire Defendants had evidence proving as much before they published any of their articles about USADF. Deposition transcripts, Office of Inspector General reports, video interviews, and public information (like LinkedIn posts and USADF surveys) disprove the lies published about Mr. Adkins. But The Daily Wire Defendants chose to purposefully disregard and avoid that hard evidence in favor of the say-so of sources they knew were entirely unreliable: (1) Mr. Adkins' short-lived and disgruntled former assistant, Defendant Jasmine Battle, who held Mr. Adkins responsible for her departure from USADF, and (2) USADF's former counsel, Mateo Dunne, a white man who, after being put on leave by Mr. Adkins for substantial misconduct at the agency, unsuccessfully sued USADF for discrimination and retaliation. And when their sources' bogus allegations were insufficient, The Daily Wire Defendants simply distorted them to convey the damning (and false) picture of Mr. Adkins they sought.

7.      The false allegations about Mr. Adkins were published in three separate articles (of a five-part series) that were viewed by millions of people. Predictably, the articles and their false accusations have devastated Mr. Adkins' career. Professional organizations have dropped him as

a speaker at their events (or refused to host him altogether). Job opportunities have disappeared. Even longtime friends and associates have changed the way they interact with him.

8.     Worst of all, the articles have generated the most heinous, racist, hateful, and threatening messages one could imagine, in many cases aimed directly at Mr. Adkins—including messages sent to his personal and professional email and social-media accounts, as well as public messages posted in various forums online. Many call for Mr. Adkins to be jailed or killed.



9.      It's bad enough that The Daily Wire Defendants fed their readers falsehoods as rage bait, purely to generate engagement, make money, and advance their political priors. But to do so at the expense of a dedicated public servant's hard-earned reputation is unconscionable. Mr. Adkins brings this action to set the record straight about his tenure at USADF and to recover compensatory and punitive damages from the Defendants, who believed they could destroy his reputation simply because it suited their ends.

## PARTIES AND RELEVANT THIRD-PARTIES

10.      Travis Adkins was the president and CEO of USADF from January 2022 until February 2025. Throughout his tenure at USADF, he worked out of USADF's offices in Washington, DC. He is a citizen of the District of Columbia and has resided in the District of Columbia at all times relevant to this action.

11.      Defendant The Daily Wire, LLC is a for-profit right-wing media company that is formed under the laws of Texas and has its principal place of business in Nashville, Tennessee. The Daily Wire focuses a significant portion of its news reporting on the Washington, D.C. landscape. It engages local reporters, like Luke Rosiak, to report on developments in Washington, D.C., including about DOGE's activities here. The Daily Wire publications at the center of this lawsuit focused directly on activities, individuals, and circumstances that took place in Washington, D.C.

12.      Defendant Luke Rosiak is an investigative reporter for The Daily Wire who focuses a large portion of his work on developments in Washington, D.C., as well as events and happenings stemming from developments in Washington, D.C. His reporting giving rise to this lawsuit focused entirely on activities in Washington, D.C. and relied extensively on sources living and working in Washington, D.C. He is a citizen of the Commonwealth of Virginia and resides in Fairfax, Virginia.

13.     Defendant Jasmine Battle was Mr. Adkins' administrative assistant at USADF from February to September 2022. Like Mr. Adkins, Ms. Battle worked out of USADF's offices in Washington, D.C. throughout her tenure at the agency. She continues to work in Washington, D.C. today. Ms. Battle served as a source for, and is quoted extensively in, The Daily Wire Defendants' reporting about Mr. Adkins. She is a citizen of the State of Maryland and resides in Temple Hills, Maryland.

14.     Non-party USADF is an independent federal agency established by Congress in 1980. Its headquarters and operations are based in Washington, D.C., and its leadership and executive staff, including its president and CEO, have at all times operated out of Washington, D.C.

## JURISDICTION & VENUE

15.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, excluding interest and costs.

16.     This Court has personal jurisdiction over Defendants because Mr. Adkins' causes of action arise from Defendants' acts of having caused tortious injury in the District of Columbia to a District of Columbia resident (Mr. Adkins) by acts and omissions occurring in the District of Columbia, including but not limited to the reporting and investigation for the subject articles that occurred in the District of Columbia, where the subjects of the reporting and several of the purported sources were located. This Court also has personal jurisdiction over Defendants because they regularly do or solicit business, engage in persistent courses of conduct, and derive substantial revenue from services performed in the District of Columbia.

17.     Venue is proper in this District because Defendants are subject to personal jurisdiction in this District and a substantial part of the events or omissions giving rise to Mr. Adkins' claims occurred in this District.

## FACTUAL ALLEGATIONS

*The Daily Wire becomes a stalwart and profitable right-wing media outlet—only to face a revenue crisis in early 2025.*

18.     Defendant The Daily Wire was founded in 2015 by film director Jeremy Boreing and right-wing influencer Ben Shapiro, with seed money from Farris Wilks, a fracking magnate and Republican mega-donor.

19.     Mr. Wilks retains part ownership of The Daily Wire. Mr. Boreing stepped down as The Daily Wire's co-CEO in March 2025 but remains an advisor to the company and is its de facto chief creative officer. Mr. Shapiro is The Daily Wire's editor emeritus, the host of the largest right-wing podcast in the United States, and has tens of millions of followers across various social media platforms.

20.     The Daily Wire publicly and proudly exists to push a right-wing political agenda and to win what its executives and staff view as a partisan game. Its website expressly states, "We play to win," and proclaims: "The Daily Wire does not claim to be without bias. We're opinionated, we're noisy, and we're having a good time." Its online storefront sells dog bowls labeled "Leftist Tears," a book titled "Collected Poems of Donald J. Trump," camouflage hats celebrating President Trump's reelection, and a $58 candle labeled "Smells Like Victory." Even in addressing current events reported on by other media sources, The Daily Wire takes an affirmatively right-wing posture, catering to people "fed up" with the "illusion of objectivity" in the news.

21.    The Daily Wire's business model reflects vocal contempt for Democrats and what it deems to be politically left-coded institutions. Consistent with that approach, and in a bid to retain and grow its overwhelmingly right-wing audience, The Daily Wire has assiduously avoided publishing articles about exemplary public servants administering foreign aid. Stories in that vein simply will not generate revenue for The Daily Wire. Rather, The Daily Wire unfailingly caters to the view that most of government—especially the parts of government traditionally connected to foreign aid and other Democratic positions and priorities—is corrupt, incompetent, and despicable.

22.    The Daily Wire's unabashed and public contempt for anything perceived as liberal has historically generated massive profits and revenue. In 2022, The Daily Wire's annual revenue exceeded $100 million for the first time. By 2023, a push for more financing purportedly valued it at "well north of $1 billion." Toward the end of 2024, its co-founder and then-CEO, Mr. Boreing, claimed that the company was on track to surpass $200 million in revenue based on its paid subscriptions, e-commerce business, and digital advertising.

23.    But by early 2025, The Daily Wire's financial outlook had started to change after risky investments failed to pay off. In March 2025, just after USADF barred DOGE from its offices, Mr. Boreing stepped down as CEO, and the company reportedly began laying off staff and even hired bankruptcy counsel. By the end of March 2025, The Daily Wire was more desperate than ever for content to appease and increase its lucrative paid-subscriber base.

### *Mr. Rosiak establishes a career focused on attacking the political left—and is caught misrepresenting and disregarding facts to do so.*

24.    Luke Rosiak has worked in and around Washington, D.C. for years, including as a staff member with a Senate oversight committee. In his career as a journalist, Mr. Rosiak has a history of authoring false and misleading reports attacking people and entities he perceives to be of the political left.

25.    For example, while at The Daily Caller—another right-wing publication—Mr. Rosiak wrote a piece criticizing an energy efficiency company that ultimately had to be retracted because it failed to meet the outlet's "editorial and journalistic standards."

26.    Also while at The Daily Caller, Mr. Rosiak published a book that falsely accused several former information technology support staffers employed by the U.S. House of Representatives of committing various federal crimes in connection with House computer systems—despite Mr. Rosiak knowing that, a year earlier, the Department of Justice had conducted a thorough investigation that "uncovered no evidence" that any of the support staffers had "violated federal law with respect to the House computer systems." When the staffers—who are Pakistani-American immigrants—sued and after the trial court denied Mr. Rosiak's and The Daily Caller's motions to dismiss and anti-SLAPP motions, Mr. Rosiak and The Daily Caller settled with the staffers out of court for undisclosed sums.

### Mr. Rosiak parlays his hatred for Democrats and federal agencies into a gig at The Daily Wire.

27.    After The Daily Caller and Mr. Rosiak parted ways, Mr. Rosiak found a new home at The Daily Wire. Most of his reporting there has focused on issues he claims plague the federal government. Following the presidential election in November 2024, he turned his focus to the prospect of a new "outside-of-government, temporary commission" formed to tackle "trillions" in federal waste—what would eventually become DOGE. And after penning nearly a dozen articles about DOGE over the course of just a few months, Mr. Rosiak became The Daily Wire's "Government Efficiency reporter." In that capacity, he now focuses almost exclusively on churning out stories of "waste, fraud, and abuse in the federal government."

28.    A job dedicated to portraying government as irredeemably wasteful and corrupt is right up Mr. Rosiak's alley, given his demonstrated personal antipathy to government agencies

and programs. For example, Mr. Rosiak has cheered government shutdowns, celebrated and mocked the firing of federal workers, and urged that the government simply cancel all funding for social sciences.[1]

29.    Indeed, Mr. Rosiak was personally overjoyed about DOGE and not shy about saying so. When The Daily Wire made him its government efficiency reporter, Mr. Rosiak wrote that he "fe[lt] like a kid on Christmas" because, among other things, he could "cover DOGE, and hopefully tag along with the barbarians as they breach the gates." He effused about "@elonmusk and his merry band of kids," hailing what he called their "righteous indignation and optimism." At one point, he tried assisting DOGE in its work, compiling and calling DOGE's attention to a list of "DEI Bureaucrats" so they could be purged from the government. He even went so far as to publicly lament that his mentor was not around to see DOGE in action.

30.    Mr. Rosiak's affection for DOGE is matched by his loathing of Democrats and purportedly left-coded government institutions. While being interviewed by Donald Trump Jr. on his "Triggered" podcast, for example, Mr. Rosiak referred to the Democrats' defense of USADF as a case of "the Democrats stepping on a rake," chuckling that "it's always pretty funny when that happens." On X, he has written that "[t]here is widespread tacit acknowledgement that Democrats are the party of, if not assassination, then low-level terrorism"; that Democrats think "dads are worthless"; and that Democrats hate America. When the topic is Black Democrats, his responses get even more unhinged. For example, in response to a post on X about a statement from the Mayor

---

[1] The merits or demerits of The Daily Wire Defendants' policy preferences are not at issue here. This lawsuit is not about vindicating foreign aid, the federal bureaucracy, or even USADF. It is about vindicating Mr. Adkins' public reputation and correcting a litany of falsehoods Defendants published about Mr. Adkins. In that respect, Mr. Rosiak's deep-seated, well-documented contempt for federal agencies—especially agencies like USADF, that are perceived as liberal—is relevant because it establishes a motive to defame and The Daily Wire Defendants' embrace of a preconceived narrative.

of Chicago about "the intellectual prowess of Black men," Mr. Rosiak replied with an unrelated

mugshot of a Black man:



***DOGE invades USADF—and USADF fights back.***

31.    Almost immediately after activating in January 2025, DOGE staff began working

to shutter federal agencies and programs. Public reaction quickly soured. While a large majority

of Americans understandably supported the general idea of government efficiency, many of the

specific actions taken by DOGE and its former head, Elon Musk, were met with widespread disapproval. By early March, public opinion on DOGE was increasingly negative and outlets were reporting that DOGE was a political liability for President Trump.

32.    On March 5, 2025, USADF became a flashpoint in the growing public clamor over DOGE. That day, USADF staff refused to admit DOGE employees who sought to access USADF's DC office and dismantle the agency. DOGE's opponents rallied around USADF, loudly cheering the "little agency that could" and holding it up as a symbol of resistance to DOGE. In the aftermath of its confrontation with USADF, DOGE's popularity sank even further.

### The Daily Wire Defendants go to bat for DOGE.

33.    The Daily Wire Defendants had a decidedly different response. While the publication reeled from financial setbacks, it looked for an opportunity to cater to its readership and core audience. It found one in USADF—the exemplar of DOGE resistance. To drive readership, advertising, and subscriptions, to push their own political priors, and to manufacture support for DOGE, The Daily Wire Defendants determined to publish a series of articles aimed at discrediting USADF and vindicating DOGE.

34.    To do that, though, they needed to paint the agency's former leadership as villains. But Mr. Adkins—the head of USADF until the beginning of the DOGE era—is not easily villainized.

35.    Mr. Adkins has had a long and illustrious career in international development and foreign affairs. He holds a master's degree in International Affairs from The New School and has held important posts at The United States Institute for Peace, USAID, Georgetown University, Howard University, and the U.S. House of Representatives' Subcommittee on Africa, Global Health, Human Rights & International Organizations. Mr. Adkins has also published extensively in his chosen fields and spoken at a multitude of major conferences and events, including at both

Johns Hopkins University and the Brookings Institution. Just last year, Bridgewater State University awarded him an Honorary Doctorate in Public Service for his work to support democracy, human rights, and dignity.

36.     Despite his decorated career, The Daily Wire Defendants set out to paint Mr. Adkins as a corrupt, incompetent, undeserving government stooge.

### The Daily Wire Defendants use unreliable sources with axes to grind against Mr. Adkins to falsely attack him and USADF.

37.     Mr. Rosiak promptly began looking for dirt on Mr. Adkins in government documents and other public reports. But the documents themselves did not—and do not—support the narrative The Daily Wire Defendants were after.

38.     So instead, The Daily Wire Defendants turned to two willing accomplices, former USADF employees with well-known and obvious axes to grind against Mr. Adkins and the agency: Mateo Oramas Reyes Dunne and Defendant Jasmine Battle.

39.     <u>Mateo Dunne</u>. Mr. Dunne, who had been put on leave at USADF and filed unsuccessful discrimination and retaliation claims against the agency, served as a primary source for The Daily Wire Defendants' reporting on USADF and Mr. Adkins. But Mr. Dunne is a transparently unreliable source when it comes to USADF and Mr. Adkins—and a great many other topics. Evidence of his untrustworthiness is all over the public record, including in materials of which Mr. Rosiak was personally aware when he chose to center Mr. Dunne as a source.

40.     In September 2023, for example, while Mr. Dunne was a candidate for District Representative to the Fairfax County School Board, the Fairfax County Times published an article

titled *The curious case of Mateo Dunne*.[2] The article extensively detailed Mr. Dunne's history of fabrications, misrepresentations, and other troubling behavior.

41.    Mr. Rosiak, a Fairfax County resident and an avid reader of the Fairfax County Times, and who has previously linked to its articles in his social media posts, was no doubt aware of this reporting. Indeed, when confronted with the Fairfax County Times article about Mr. Dunne, The Daily Wire did not deny that Mr. Rosiak was familiar with the article before publication.

42.    The Fairfax County Times article is a scathing indictment of Mr. Dunne, portraying him as a serial liar who will say whatever he thinks advantages him in the moment. For example, the Fairfax County Times reported that:

- Mr. Dunne had to resign from the Board of Directors of the Fairfax Federation and the Mount Vernon Council of Citizens' Associations after falsely attesting at a public hearing that he represented the Fairfax County Federation of Citizens Associations;

- Mr. Dunne lied about specific donations on campaign finance reports—in the words of one of his own donors, "trying to make his fundraising efforts appear much larger than his opponent";

- Mr. Dunne's campaign webpage represented that he had been endorsed by several Virginia politicians, but public records show that many of those politicians never contributed to Mr. Dunne's campaign, and one of the politicians who did contribute had subsequently withdrawn his support; and

---

[2] The article's title was subsequently changed to *The curious case of Matthew Stanton Dunne III*, referring to Mr. Dunne's legal name before he changed it in 2022—after he sued USADF for discrimination but before he announced his candidacy for public office in Fairfax County.

- Mr. Dunne, when confronted by a neighbor about trimming a tree in the neighbor's yard, launched into a profanity-laced tirade in which he attacked the neighbor as "just a common asshole," "a dumb fuck who dresses like a schlub," and a "shitbag," while taking aim at the neighbor's family and denouncing him as "no better than the assholes watching the One America News Network."

43.     The incidents described in the Fairfax County Times article postdated Mr. Dunne's brief and tumultuous tenure at USADF. But the dishonesty and penchant for misconduct relayed in the Fairfax County Times article were on full display while Mr. Dunne was at USADF, too.

44.     Mr. Dunne was USADF's general counsel for less than four months, from October 2021 until January 2022. During that brief stint, an array of colleagues at the agency filed more than 70 pages of complaints about him, which came to be compiled as part of an investigative report. Those complaints included accusations that Mr. Dunne repeatedly lied to USADF's staff, flouted black-letter rules of legal ethics, was repeatedly insubordinate, failed to comply with agency rules, and, in some cases, harassed others at USADF.

45.     The accusations against Mr. Dunne were so numerous and severe that, after reviewing them on his first day, Mr. Adkins immediately moved to place Mr. Dunne on administrative leave. Mr. Adkins viewed that as vital to prevent further misconduct and quell the concerns of frightened USADF employees.

46.     Proving Mr. Adkins right, while on leave, Mr. Dunne made multiple thinly veiled threats to USADF staff.

47.     Mr. Dunne eventually claimed that, by placing him on leave, USADF had discriminated against him because he is white and had retaliated against him for supposedly

uncovering corruption at USADF. Neither contention was true and *each was dismissed—twice, by independent fact-finders*.

48.     Mr. Dunne first took his allegations to the Office of Special Counsel, which reviewed them and promptly closed Mr. Dunne's file without any adverse action against USADF.

49.     Mr. Dunne next took his claims to the Equal Employment Opportunity Commission ("EEOC"), where an administrative law judge summarily dismissed them, expressly holding that, based on the available evidence, "[n]o reasonable fact finder" would believe Mr. Dunne's allegations.

50.     When The Daily Wire Defendants published their articles about Mr. Adkins and USADF, they knew about all the red flags concerning Mr. Dunne. They knew about the complaints of dishonesty, the reported ethical breaches, the post-disciplinary threats to USADF staff, and the fact that Mr. Dunne's claims had been rejected by two separate, independent fact-finders. The Daily Wire Defendants even mentioned, albeit briefly, the summary dismissals in their articles.

51.     Still, The Daily Wire Defendants decided to make Mr. Dunne a featured source for their reporting on Mr. Adkins. They cited and quoted Mr. Dunne, whom they knew to be a habitual fabulist, because his twice-repudiated account helped advance The Daily Wire Defendants' preconceived narrative that Mr. Adkins discriminated against white people and engaged in unlawful activity. And they did so while assiduously avoiding or downplaying the swath of public information showing that Mr. Dunne was not remotely trustworthy, particularly when it came to Mr. Adkins.

52.     <u>Jasmine Battle</u>. The Daily Wire Defendants' other principal source for their reporting on Mr. Adkins was Defendant Jasmine Battle, who briefly served as Mr. Adkins' administrative assistant at USADF. But even a cursory review of Ms. Battle's tenure at USADF

reveals that she too was not a reliable source for anything having to do with USADF, and least of all for anything having to do with Mr. Adkins.

53.     For one, Ms. Battle served at USADF for just a few months before Mr. Adkins had to send her home from a business trip for incompetence and insubordination, after which she quit the agency in a fit of spite. During her brief tenure at USADF, Ms. Battle repeatedly missed deadlines, failed to complete tasks, and spoke negatively about her coworkers and superiors. Once, she even slept through an important meeting that she had been tasked with running. Several USADF employees expressed concerns to Mr. Adkins about her performance.

54.     The Daily Wire Defendants did not just omit the actual circumstances of Ms. Battle's short tenure and departure from USADF in their published articles; they completely rewrote them, referring to her only as a "former assistant" to Mr. Adkins and falsely claiming that she was fired for raising issues about Mr. Adkins' travel expenses. Either The Daily Wire Defendants were aware that Ms. Battle left USADF on bad terms and blamed Mr. Adkins for her departure, or Ms. Battle lied to The Daily Wire Defendants about the circumstances of her USADF employment for the sake of further defaming Mr. Adkins.

55.     The Daily Wire Defendants also knew that Ms. Battle was among Mr. Dunne's star witnesses for his twice-rejected discrimination and retaliation claims—the same claims that an administrative law judge had said were so unfounded that "[n]o reasonable fact-finder" could credit them.

56.     Indeed, The Daily Wire Defendants had seen Ms. Battle's affidavit from the EEOC proceeding—they cited it in their reporting—and they knew it pushed false factual assertions. For instance, in the affidavit, Ms. Battle attested that she was "unaware of any investigation conducted by USADF with respect to Mr. Dunne." But, as Defendants knew, USADF *had* conducted an

investigation into Mr. Dunne while Ms. Battle still worked at the agency. The administrative law judge's order, of which The Daily Wire Defendants were aware, expressly mentions the investigation. And, in fact, it was one of Ms. Battle's job duties to sort and file Mr. Adkins' emails, including emails concerning the investigation of Mr. Dunne.

57.     Nonetheless, The Daily Wire Defendants saw Ms. Battle's willingness to disparage Mr. Adkins as useful to their project of tearing Mr. Adkins down. And so they disregarded the red flags about Ms. Battle's credibility and made her supposed assertions a centerpiece of their attacks on him.

**Defendants publish their false and defamatory allegations about Mr. Adkins.**

58.     Armed with the say-so of facially unreliable sources—sources with recorded histories of lying and deceit and specific animosity toward Mr. Adkins—and seeking to feed their readers the sensationalized story of graft, corruption, and anti-white discrimination at an agency that defied DOGE, The Daily Wire Defendants published a series of five articles about USADF, three of which included defamatory statements about Mr. Adkins.

59.     The articles, written by Mr. Rosiak, were published over the course of a week, beginning on May 6, 2025. They were titled:

- *Foreign Aid Official Who Resisted DOGE Took Secret Payments After Steering Africa Money to Friend.* (published on May 6, 2025)[3];

---

[3] "*Foreign Aid Official Who Resisted DOGE Took Secret Payments After Steering Africa Money to Friend*", Dailywire.com (published on May 6, 2025), https://www.dailywire.com/news/foreign-aid-official-who-resisted-doge-took-secret-payments-after-steering-africa-money-to-friend.

- *African Aid Agency Used Foreign Pass Throughs to Hide Money That Went to D.C. Staff.* (May 7, 2025)[4];

- *Aid Agency Pushed Official's For-Profit Pyramid Scheme on Poor Africans.* (May 8, 2025)[5];

- *'Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says.* (May 9, 2025)[6]; and

- *This Foreign Aid Agency Locked Its Doors to Keep DOGE Out. Now We Know Why.* (May 14, 2025).[7]

60.    The Daily Wire's rollout of the articles in quick succession demonstrated that The Daily Wire Defendants had each article canned and ready for publication by May 6, 2025. The day-by-day release of each article was transparently designed to build suspense and momentum.

---

[4] "*African Aid Agency Used Foreign Pass Throughs to Hide Money That Went to D.C. Staff*", Dailywire.com (May 7, 2025), https://www.dailywire.com/news/african-aid-agency-used-foreign-pass-throughs-to-hide-money-that-went-to-d-c-staff-friends.

[5] "*Aid Agency Pushed Official's For-Profit Pyramid Scheme on Poor Africans,*" Dailywire.com (May 8, 2025), https://www.dailywire.com/news/aid-agency-pushed-officials-for-profit-pyramid-scheme-on-poor-africans, (original version published on May 8, 2025 available at https://web.archive.org/web/20250508184825/https://www.dailywire.com/news/aid-agency-pushed-officials-for-profit-pyramid-scheme-on-poor-africans, (*See* Exhibit A).)

[6] "'*Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says*", Dailywire.com (May 9, 2025), https://www.dailywire.com/news/them-white-motherf-ers-racist-agency-framed-its-lawyer-after-he-discovered-lawbreaking-he-says, (original version published on May 8, 2025 available at https://web.archive.org/web/20250509201402/https://www.dailywire.com/news/them-white-motherf-ers-racist-agency-framed-its-lawyer-after-he-discovered-lawbreaking-he-says, (*See* Exhibit B).)

[7] "*This Foreign Aid Agency Locked Its Doors to Keep DOGE Out. Now We Know Why*", Dailywire.com (May 14, 2025), https://www.dailywire.com/news/this-foreign-aid-agency-locked-its-doors-to-keep-doge-out-now-we-know-why, (original version published on May 14, 2025 available at https://web.archive.org/web/20250514092541/https://www.dailywire.com/news/this-foreign-aid-agency-locked-its-doors-to-keep-doge-out-now-we-know-why, (*See* Exhibit C).) In addition to the false allegations at issue in this action, the articles featured scores of allegations about USADF and its former staff. Those allegations either pre-date Mr. Adkin's tenure at USADF or do not directly accuse Mr. Adkins of wrongdoing, and are therefore irrelevant to this action.

Yet, The Daily Wire Defendants did not reach out to Mr. Adkins for comment until *after* the first two articles in the series—both of which mention Mr. Adkins—had already been published.

61.     Even then, the outreach was clearly nothing more than a 'checking-the-box' exercise: a cursory text message sent at 11:18pm on May 7, just hours before The Daily Wire published the third article in the series, that failed to mention most of the falsehoods The Daily Wire Defendants intended to publish about Mr. Adkins in their articles. It read only: "Travis, this is Luke Rosiak, a reporter at The Daily Wire. I'm writing about the African Development Foundation. Many employees have complained about a toxic work environment and violations of procurement rules during your tenure. Also, in a sworn deposition, an assistant said you told her you did not want to hire any white people. Would you like to respond?"

62.     Understandably, Mr. Adkins did not respond to a text that arrived at 11:18pm on a weeknight from an unknown number. In fact, Mr. Adkins was already aware of the first two articles The Daily Wire had published in its series attacking USADF, as well as the damage those articles were already causing the agency and its staff. He correctly inferred that Mr. Rosiak had no interest in getting the truth and that Mr. Rosiak's belated, minimal outreach was purely to cover up for not reaching out to Mr. Adkins much earlier, as well-established journalistic standards require.

63.     The Daily Wire Defendants published the final three articles in their USADF series on May 8, 9, and 14. This action focuses on four of the false and defamatory statements The Daily Wire Defendants published about Mr. Adkins—with Ms. Battle's assistance—in those articles.

*False Allegation #1:*
*Mr. Adkins was appointed to lead USADF "without even applying for the job" and "couldn't recall when or how he managed to be selected."*

64.     The May 8, 9, and 14 articles allege that Mr. Adkins testified during Mr. Dunne's EEOC proceeding that he was selected to lead USADF "without even applying for the job, and that he couldn't recall when or how he managed to be selected."[8]

65.     The contention that Mr. Adkins was appointed to lead USADF without applying for the job is false. Mr. Adkins was invited to apply for the position. He then submitted his statement of interest, CV, and list of professional references to the Chair of the Selection Committee in October 2021. Mr. Adkins sat for a series of interviews with USADF board members in November 2021. At the close of that selection process, Mr. Adkins was chosen as USADF's president and CEO.

66.     As their only support for the false assertion that Mr. Adkins did not apply for the USADF job, The Daily Wire Defendants cited the transcript from Mr. Adkins' deposition in Mr. Dunne's EEOC proceeding—which, among other things, proves that they in fact had a copy of the deposition transcript before publication.

67.     During that very deposition testimony, however, Mr. Adkins expressly stated the exact process for his hiring: that, to be selected as USADF's president and CEO, he submitted his CV (or bio) to the selection committee and went through multiple interviews with USADF's board. Indeed, he testified that he provided so much information and documentation to the board that he could not even recall all the other information he had to submit as part of the process. Mr. Adkins'

---

[8] The May 8 article asserted that "[USADF] hired … Adkins, without Adkins even applying, Adkins said in a deposition." The May 9 and May 14 articles used identical language, quoted above, asserting that "Adkins … testified under oath that he was selected to lead the African Development Foundation without even applying for the job, and that he couldn't recall when or how he managed to be selected."

deposition transcript thus makes clear that he did, in fact, apply to serve as USADF's president and CEO by any reasonable definition of the term.

68.    The same deposition transcript also gives the lie to the articles' claim that Mr. Adkins "couldn't recall when or how he managed to be selected." Mr. Adkins testified that members of USADF's board urged him to apply to lead USADF and that he was selected via the process just described. And he testified that he learned he had been selected as president and CEO of USADF "[s]ometime in November of 2021."

69.    All of these details are in the copy of the deposition transcript that The Daily Wire Defendants had and reviewed before they published their five-part series.

70.    Rather than report the truth, Mr. Rosiak decided to cherry-pick one short, specific part of the transcript, wrench it out of context, disregard everything else Mr. Adkins said, and present it to convey a knowingly false picture about USADF's hiring process for Mr. Adkins. The lone part of the deposition The Daily Wire Defendants plucked out was Mr. Adkins' answer to the question, "When did you submit an application to join USADF?" To which he responded, "I did not submit an application to join USADF."

71.    As the remainder of Mr. Adkins' deposition testimony establishes, Mr. Adkins used the word "application" to mean, as dictionaries define it, the literal "form used for making a request,"[9] of the sort one submits to obtain any number of jobs in the federal government.[10] There

---

[9]  *Application*, Merriam-Webster.com, www.merriam-webster.com/dictionary/application (last visited December 11, 2025); *see also, e.g.*, *Application*, Dictionary.com, www.dictionary.com/browse/application (last visited December 11, 2025) ("a form to be filled out by an applicant, as for a job or a driver's license").

[10]  *See, e.g.*, U.S. Dep't of State, Application for Employment, https://eforms.state.gov/Forms/ds1950.pdf (last visited July 28, 2025); Nat'l Labor Relations Bd., Optional Application for Federal Employment, www.nlrb.gov/sites/default/files/attachments/basic-page/node-1549/of0612.pdf (last visited July

is no question that is what Mr. Adkins meant by the term because, otherwise, his testimony from moments later in the same deposition—recounting that he submitted materials and underwent multiple rounds of interviews as part of a "selection process"—would have been incoherent.

72.      The Daily Wire Defendants were aware of that, since they had the transcript from Mr. Adkins' deposition. But they disregarded it in favor of the deliberately misleading claim Mr. Adkins had said he "never applied" for the job because it fit with their false preconceived narrative: that Mr. Adkins was an unqualified hire chosen by his predecessor to perpetuate a culture of corruption and misconduct at USADF, rendering USADF a prime target for DOGE's mission to rid the government of fraud and waste.

73.      Had The Daily Wire Defendants harbored any doubts about what Mr. Adkins meant in his deposition transcript, they could have asked. But in his 11:18pm text message from May 7, Mr. Rosiak failed to make any mention of this allegation in particular (despite raising others), indicating that he deliberately avoided giving Mr. Adkins the opportunity to reiterate that he had, in fact, applied for the position at USADF.

74.      Instead, The Daily Wire Defendants ignored and purposefully avoided the truth and leveraged a single, out-of-context quote from a different part of Mr. Adkins' deposition to assert something they knew to be false. And Mr. Rosiak did not miss a beat and included this false claim in his May 9 X post promoting and doubling down on the May 9 article, stating that "[Mr. Adkins' predecessor, C.D.] Glin, a former DEI officer, was replaced in 2021 by his friend Travis Adkins *without even applying*."[11]

---

28, 2025); United States Courts, Application for Employment, www.uscourts.gov/sites/default/files/ao_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_1.pdf (last visited July 28, 2025).

[11] Luke Rosiak (@lukerosiak), X, (May 9, 2025 at 2:44 PM) https://x.com/lukerosiak/status/1920912785707327799 (part of Mr. Rosiak's full May 9 thread, available at https://x.com/lukerosiak/status/1920909931835761063).

*False Allegation #2*
*Mr. Adkins billed USADF for expensive suits.*

75.    In the May 8 article, The Daily Wire Defendants falsely asserted that Mr. Adkins "had a tailor fit him for three custom suits, and sent the bill to the agency," falsely telling their readers that Mr. Adkins got or at least tried to get USADF—and therefore the federal government—to pay for his personal clothing. They attributed the assertion to Ms. Battle.

76.    That allegation is provably false. Emails and bank records show that Mr. Adkins paid for his suits with his own money, not with government funds.

77.    In post-publication correspondence with Mr. Adkins, The Daily Wire characterized its false allegation as communicating merely that Mr. Adkins' "personal tailor sent the bill for Mr. Adkins' personal expenses to Mr. Adkins' taxpayer-funded assistant at her taxpayer-funded email address for her to handle on her taxpayer-funded time." The Daily Wire has claimed, in other words, that the article's allegation about custom suits was to be understood literally—to convey merely that Mr. Adkins' tailor sent Ms. Battle an invoice for Mr. Adkins' suits, even though Mr. Adkins ultimately paid for those suits.

78.    Context renders that reading implausible. First, the charge that Mr. Adkins "sent the bill to the agency" comes in a section of the May 8 article titled "Using poverty funds for luxury"—a section devoted to stories of USADF officials supposedly using agency funds to enrich themselves.

79.    Second, there would be no point in reporting that a former assistant received an innocuous email and forwarded it to her boss. No reasonable person would deem such an occurrence newsworthy.

80.    Indeed, the *only* understanding a reasonable person would have of the allegation that Mr. Adkins "had a tailor fit him for three custom suits, and sent the bill to the agency," under

a heading accusing the agency of "Using poverty funds for luxury," is that Mr. Adkins arranged to have USADF unlawfully pay for his suits.

81.     And that is exactly how The Daily Wire's readers understood it: as alleging that Mr. Adkins embezzled funds from the government for his own personal gain. In the comment section beneath the May 8 article, for example, one reader noted that the "photo" of Mr. Adkins wearing his "$1,000+ tailored suit" "tells you everything you need to know." *See* Exhibit A. Building off that comment, other readers suggested that Mr. Adkins and the other USADF executives mentioned in the story be fitted for "orange jumpsuits" and described it as an "egregious theft of taxpayer money," and as "graft and corruption," and labeled Mr. Adkins as someone who "stole and embezzled taxpayer money."





82.     As if that weren't enough, Mr. Rosiak himself has publicly contradicted The Daily Wire Defendants' made-for-litigation claims about the article's meaning. In his interview on Donald Trump Jr.'s podcast, while describing his USADF reporting, Mr. Rosiak expressly referenced USADF officials taking money "that was supposed to go to poor Africans and ***using it for themselves*** to do luxury travel and ***to buy high-end suits***."

83.     As The Daily Wire was later forced to admit, it never had any evidence that Mr. Adkins arranged for USADF to pay for his suits. That is because no such evidence exists; it never happened.

84.     Moreover, the idea that Mr. Adkins could somehow have gotten such expenses past the government's oversight is facially implausible. As Mr. Rosiak knows from his years working on a Senate oversight committee and reporting on government spending and fraud, the process for reimbursement in the federal government is a painstaking one that requires multiple levels of approval across different agencies. Based on his familiarity with that process, Mr. Rosiak doubtless knew how unlikely it was that Mr. Adkins could have successfully duped the federal government into buying him three custom-fitted suits.

85.     Again, though, none of that mattered to The Daily Wire Defendants. Their preconceived narrative required painting Mr. Adkins as an embezzler, so as to justify DOGE's attempted takeover of USADF. And so, in reckless disregard of known facts, The Daily Wire

Defendants published the false and defamatory allegation about Mr. Adkins billing the agency for his suits.

***False Allegation #3***<br>***Mr. Adkins violated government rules about travel costs.***

86.    In the May 8 and 14 articles, The Daily Wire Defendants reported that, according to Ms. Battle, Mr. Adkins "brushed off government rules about travel costs and demanded $1,000-a-night hotels, summarily firing an assistant who raised concerns about his travel arrangements."

87.    The contentions about Mr. Adkins brushing off travel rules, demanding $1,000-a-night hotels, and summarily firing Ms. Battle for raising concerns about his travel arrangements are all provably false.

88.    Publicly available, annual audit reports by the Office of the Inspector General and the independent audit firm of Williams, Adley & Co. expressly review USADF's financial statements for compliance "with provisions of applicable laws, regulations, contracts, and grant agreements," including "government rules about travel costs." Throughout Mr. Adkins' tenure as USADF's president and CEO, the audits reported no wrongdoing regarding USADF's travel and charge-card policies. These audit reports are public records available for all to see—including investigative journalists who focus on government efficiency and purported fraud.

89.    Indeed, Mr. Rosiak regularly searches out OIG materials when reporting on government agencies because he views them as an indispensable tool for understanding agency expenditures. He also publicly venerates such reports, expressly urging audiences to read OIG audits and reports for themselves precisely because "you can learn a lot about … all the spending and everything else going on in Washington" by reading them.

90.     Given his obsessive focus on OIG materials for his reporting, it is unsurprising that Mr. Rosiak *in fact relied on* OIG reports for his reporting on USADF. The five-part series on USADF repeatedly cited public and non-public OIG audits and investigations of USADF.

91.     On information and belief, therefore, Mr. Rosiak either reviewed (and ignored) the OIG audits of USADF's finances that showed no evidence of wrongdoing or violation of travel rules, or he purposefully avoided doing so in this instance, departing from his steadfast reliance on such reports upon determining they did not make any findings of fraud.

92.     The Daily Wire Defendants then falsely reported that Mr. Adkins had fired Ms. Battle for raising concerns about the (nonexistent) travel-rule violations. In fact, she had never raised such concerns and had quit the agency after Mr. Adkins sent her home from a business trip for gross incompetence and insubordination.

93.     After The Daily Wire Defendants published their articles, Mr. Adkins, through counsel, asked Ms. Battle to affirm that The Daily Wire Defendants accurately reported what she told them about the travel expenditures. She declined to do so.

94.     But even if The Daily Wire Defendants did in fact accurately report what Ms. Battle told them about Mr. Adkins' travel expenditures, Ms. Battle lied—and The Daily Wire Defendants were aware of facts indicating that she lied.

95.     Wholly apart from what Ms. Battle allegedly did or did not tell Mr. Rosiak, the contention that Mr. Adkins flouted government rules on travel expenses is as implausible as it is false. At USADF, executive travel is vetted and arranged by the agency's financial department, which follows strict federal guidelines for flights, hotel accommodations, and per diem rates in a wide range of national and international locations. To bill the government for a $1,000-a-night hotel room, Mr. Adkins would have had to direct the finance department to arrange the

accommodation, and the finance department would have to coordinate the hotel through a multi-layered process of approvals and sign offs—all in violation of the federal guidelines. Of course, the finance department is also aware that these expenses are subject to audit.

96.    The Daily Wire Defendants and Ms. Battle were aware of those restrictions, having covered or worked in government.

97.    They had ample reason to know that the contention about travel expenses was false. Again, though, they did not care because the falsehood better fit their chosen narrative about USADF (in The Daily Wire Defendants' case) or their personal vendetta (in Ms. Battle's).

### False Allegation #4
### Mr. Adkins refused to hire military veterans and people who aren't Black.

98.    In the May 9 and 14 articles, The Daily Wire Defendants reported that, according to Ms. Battle, Mr. Adkins said "many times he would not hire a white person or a veteran," and referred to USADF's board members as "them white mother----ers." In the May 9 article, The Daily Wire Defendants also reported that Mr. Adkins "refused to hire white people," and "was very adamant in only hiring African Americans."

99.    Once again, those charges were false. And, once again, The Daily Wire Defendants and Ms. Battle knew it.

100.    Mr. Adkins hired several non-Black people during his tenure, as even a quick LinkedIn search shows. For example, he hired Bailey Dowling, who served as the agency's associate general counsel in the wake of Mr. Dunne's departure, and he brought in June Brown— the first white general counsel for USADF—to assist with the transition following Mr. Dunne's placement on leave.

101.    Mr. Adkins also promoted several non-Black employees during his tenure, as a LinkedIn search again shows. He promoted Yael Nagar, whom The Daily Wire Defendants were

obviously familiar with because they quoted a video recording of her in the articles. Mr. Adkins also promoted Mark O'Neil, as Ms. Battle knew. And Mr. Adkins promoted Ellen Teel to be one of his direct reports. Ms. Nagar, Mr. O'Neil, and Ms. Teel are just some of the non-Black employees promoted during Mr. Adkins' tenure at USADF.

102.    The fact that Mr. Adkins hired and promoted several non-Black people—the agency increased the number of non-Black people working there during his tenure—conclusively refutes the claim that he "refused to hire white people" or "was very adamant in only hiring African Americans." It also makes it facially implausible that he said "many times he would not hire a white person," or that he referred to USADF's board as "them white motherf---ers." The latter allegation is rendered all the more implausible by the fact that, as Defendants knew, when Mr. Adkins allegedly called the board "them white motherf---ers," the board was 40% non-white.

103.    The Daily Wire Defendants and Ms. Battle were all aware that Mr. Adkins hired and promoted non-Black people.

104.    There were other reasons why The Daily Wire Defendants would have known there was no truth to the claim that Mr. Adkins refused to hire non-Black people. First, the notion that Mr. Adkins spent his time at USADF musing to his assistant—who was on the job for just a few months—about his determination and plans to violate federal non-discrimination laws is facially implausible.

105.    Second, The Daily Wire Defendants had reviewed the record from Mr. Dunne's EEOC action. They cited and quoted from the proceeding extensively, including, for instance, Mr. Adkins' deposition, Ms. Battle's affidavit, and the administrative law judge's decision. They were doubtless aware, then, that Mr. Adkins and multiple third-party witnesses had given sworn

testimony in the EEOC proceeding refuting the contention that Mr. Adkins was racist or sought to hire only Black people.

106.    For instance, Mr. Adkins swore in his own deposition—the same deposition The Daily Wire Defendants cited in their USADF reporting—that he did not harbor any prejudice against white people. Three other USADF officials and affiliates—Elisabeth Feleke, Suzanne Becker, and Mathieu Zahui—likewise testified in their depositions for the EEOC proceeding that Mr. Adkins harbored no such prejudices. All three also denied ever having heard Mr. Adkins say anything indicating that he did not want to hire non-Black people. When, for instance, Mr. Dunne asked Ms. Feleke at her deposition whether she had "ever heard Mr. Adkins state that he wants his direct reports to consist only of black people," she responded, "No. That's ridiculous. No." Having reviewed the record of Mr. Dunne's EEOC proceeding, The Daily Wire Defendants had seen the transcripts of the depositions of Ms. Feleke, Ms. Becker, and Mr. Zahui. But their articles never mentioned that those witnesses' sworn testimony refuted Ms. Battle's characterization of Mr. Adkins.

107.    Furthermore, third-party adjudicators extensively vetted Mr. Adkins' supposed racial animus in weighing Mr. Dunne's discrimination claims. Indeed, one of Mr. Dunne's core claims was that Mr. Adkins and USADF placed him on leave because he is white. The Daily Wire Defendants knew that. They *also* knew that the administrative law judge in the EEOC action—who had reviewed all the evidence in the matter—had categorically rejected Mr. Dunne's contention, concluding that *no reasonable person* could side with Mr. Dunne.

108.    When counsel for Mr. Adkins pointed out the fact that public LinkedIn posts and pages show many non-Black employees who joined or were promoted at USADF during Mr. Adkins' tenure, The Daily Wire did not deny such knowledge; instead, in a tacit admission about

the falsity of its accusations, it pivoted to claiming that what it was reporting on was merely Mr. Adkins' supposed "desires" not to hire non-Black people at USADF.

109.    Again, The Daily Wire's self-serving characterization of its reporting is belied by its own readers' comments. Readers stated that Mr. Adkins "[r]efused to hire white people," not that he merely *desired* not to do so.



110.    Mr. Adkins also hired veterans and military affiliates during his tenure at USADF, as a LinkedIn search again shows. In fact, the assistant he hired to replace Ms. Battle was a veteran. Also, Martin Lunjwire, who joined USADF in September 2022 as a grants management specialist, had previously served as faculty in the Army's 3rd Special Forces Group.

111.    The assertion that Mr. Adkins bore veterans any ill-will is rendered all the more implausible because his own grandfather was a decorated military veteran.

112.   Defendants were doubtless aware that there was no truth to the assertion that Mr. Adkins discriminated against veterans. For one thing, the assertion is facially implausible. Indeed, it is not even clear what motive Mr. Adkins could possibly have for discriminating against veterans, much less for telling his new assistant of his plans to violate multiple federal laws by doing so.

113.   That Ms. Battle supposedly paired her implausible allegation about Mr. Adkins refusing to hire veterans with her implausible allegation about Mr. Adkins refusing to hire non-Black people rendered each of those allegations even less plausible—like a person claiming to have seen not only Bigfoot, but the Loch Ness Monster on the same trip.

114.   The Daily Wire Defendants had also reviewed the record from Mr. Dunne's EEOC action, including the transcript of Mr. Adkins' deposition where he expressly denied harboring any animus toward veterans or having ever discriminated against veterans; deposition testimony from Ms. Feleke and Mr. Zahui expressly denying that they had ever heard Mr. Adkins express in any way that he did not want to hire veterans; and Ms. Battle's sworn affidavit where she went out of her way to falsely paint Mr. Adkins as a bigot, but pointedly omitted any allegation of anti-veteran discrimination. The Daily Wire Defendants knew that evidence discredited Ms. Battle's later assertion about anti-veteran discrimination, so they disregarded that evidence in favor of their preconceived narrative about Mr. Adkins.

115.   The Daily Wire Defendants also purposefully avoided giving Mr. Adkins the opportunity to dispel the implausible anti-veteran hiring claim. In his 11:18pm text message to Mr. Adkins, Mr. Rosiak never even mentioned the anti-veteran allegation, even as he expressly referenced Ms. Battle's allegation that Mr. Adkins refused to hire non-Black people.

116.    Disregarding all of that evidence, The Daily Wire Defendants published the false allegation that Mr. Adkins engaged in racist and anti-veteran hiring practices. Again, they attributed the false allegation to Ms. Battle. But when Mr. Adkins, through counsel, asked Ms. Battle to affirm that The Daily Wire Defendants accurately reported what she told them about Mr. Adkins' hiring practices, she again declined to do so.

117.    To the extent The Daily Wire Defendants accurately reported what she told them, she simply invented the allegation from whole cloth. Mr. Adkins has never said anything remotely close to what Ms. Battle allegedly described to The Daily Wire Defendants. Nor would he. As multiple witnesses testified under oath during Mr. Dunne's EEOC proceeding, Ms. Battle's allegations about what Mr. Adkins said in the workplace simply do not comport with who Mr. Adkins has been in his career in public service or what those witnesses observed in their years working alongside Mr. Adkins.

***Mr. Adkins has suffered and continues to suffer tremendous harm as a result of Defendants' knowingly and demonstrably false allegations of racism, discrimination, and illegal and unethical conduct.***

118.    False allegations of racism, discrimination, corruption, graft, and embezzlement by a powerful right-wing media outlet are devastating for any public servant. In Mr. Adkins' case, they have been catastrophic, blighting both his public and private reputation and crippling his chances for a career beyond USADF.

119.    For starters, The Daily Wire Defendants' articles have subjected Mr. Adkins to a mountain of public harassment, most visibly in the comment sections of the articles themselves and on social media.

120.    For example, commenters have called for Mr. Adkins to be sent to "Alcatraz," "book[ed]," fitted for "orange suits," "jailed for life," lynched (the meaning of the comment referencing "strange fruit"), and "hung for treason."



**Boxerdoglover** 🔥 Conversation Starter

I'd say Adkins needs to be at Alcatraz...

Reply    👍 5      203 days ago



**Chinawilleatyou** 💎 VIP

The next photos I ever want to see of those two racist, thieving Blacks is their booking photos.

Reply    👍 2      201 days ago



**mscsmiley0691** 💎 VIP

These twits need to be "strange fruit".

Reply      208 days ago

1 reply



**RonWest_274152** 🎖 Trailblazer

All the people involved need to be jailed for life or better yet publicly hung for treason. People who steal hard earned taxpayers money are one half step above child molesters and trafficers. I think they all belong to the same political party.

Reply      204 days ago



121.    Many of The Daily Wire's commenters have also used the false allegations about Mr. Adkins to publicly condemn Black people as a race. They have asserted that the articles about Mr. Adkins "prove that segregation was necessary," used the articles to justify the use of the n-word, and said that the articles illustrate why the commenters want "nothing to do with [Black people]," who they equate with "corruption and failure."





**WaltHermann**  ⚡ Legend

He calls me a white motherfer I can call him a N er. Getting real tired of blacks having free rein to call my skin color what they want and it's okay.

Reply  🔄  👍 1                                                                208 days ago

1 reply

**BandAD**  🗡 Trailblazer

@WaltHermann Agreed. F' em.

Reply  🔄                                                                208 days ago



**HiramMoran**  🗡 Trailblazer

And being all black shows you the reason for the corruption and failure that's why the whole of Africa is the way it is. South Africa didn't use to be but what changed?

Reply  🔄  👍 3                                                                207 days ago



**Bring_it_on**  🏆 Hall of Famer

I dont need to take the high road and no one will tell me how to be: I cannot stand blacks and my friends and family want NOTHING to do with them, period. All the whites in America have this hard-on for these minorities who LITERALLY are the most violent and low IQ cohort in our entire country. They are 12% of our population and white people cannot put their foot down and say, hey, you know what? blacks are actually violent and not safe to be around and since 2020 their anti-white blatant racism has been flung in my face so let me just denounce them BECAUSE THEY ARE A MINORITY AND NOT THE MAJORITY...but let me still sing their praises and way of life.

Hard pass. No, the 12 you can barely name are not the majority and are not the exception (those 12 I have respect for, though).

Reply  🔄  👍 1                                                                207 days ago



122.    On the X platform, too, reader comments have been predictably reprehensible. When, for instance, Mr. Rosiak took to X to promote the May 9 article, he posted a screenshot of the article's headline and a photo of Mr. Adkins that linked to the article, and a post repeating the false assertions that "Glin, a former DEI officer, was replaced in 2021 by his friend Travis Adkins without even applying," and that "[Mr.] Adkins said he would not hire whites or veterans."[12] Mr. Rosiak's posts promoting the May 9 article have been viewed hundreds of thousands of times.

123.    In response to Mr. Rosiak's X thread about the May 9 article, enraged X users immediately called for investigations into "those involved," demanding they be charged and jailed:



---

[12] See Luke Rosiak (@lukerosiak), *supra* note 11.



**betty maye** @bjmsupports45 · May 9
African Development Agency (why did this even exist ) employees must go to jail. Racism and Corruption at an African agency, no big surprise there.
♡ 2    ♡ 8    ılıl 147

**Tex Protein** @ProteinTex · May 9
@AAGDhillon @USAttyHabba I'd like charges pressed immediately against all of these guilty parties.
♡ 1    ♡ 6    ılıl 154

**mountainmomma** @mountainmommma · May 9
This is absurd!  This guy should be in jail!!!!!
♡    ♡ 2    ılıl 106

**Cry 'Havoc!'** @kay_fab69 · May 9
jail   supermax lock up in DC
♡    ♡    ılıl 41

**kenaiRus** @KenaiRus · May 10
Lock the racist thief up!!!!!!!!!!!!!!!!!!!!!!!!!
♡    ♡    ılıl 11

**All out of bubblegum** @Skyfall007USA · May 10
Arrest all involved @AGPamBondi @TheLeoTerrell @SpeakerJohnson @LeaderJohnThune @JesseBWatters @DataRepublican
♡    ♡    ılıl 15

124.    Others responded with the n-word and insisted Mr. Adkins be "hang[ed]" for his

alleged crimes:



125.    The Daily Wire Defendants knew their false allegations about Mr. Adkins would

elicit such public commentary. They had seen the same racist dogpiling play out in connection

with other articles they had published having to do with Africa and Black people. So long as their

audience clicked on and engaged with the articles, however, they did not care. Tellingly, after the

articles and posts elicited such rhetoric, The Daily Wire Defendants did not take them down. The

posts and articles—and the racism and hate they generated—remain up to this day.

126.    As a result of The Daily Wire Defendants' articles, Mr. Adkins started receiving

online harassment. He received messages accusing him of being a money launderer, asserting he

would end up in prison, and even one to his Georgetown University email angrily asking, "How's

the only hire blacks going?"

127.    Previously, he had used social media to publicize his work, including in job and lecture applications. But the public harassment forced him to close his profiles to the public, meaning he could no longer communicate with the same audiences.

128.    Mr. Adkins has also been disinvited from multiple speaking events because of the publications. One, in Zambia, called him and said, "We love you and you will sort this out, but this is a conference that's going to be filled with journalists. You cannot be onstage without this coming up. We are afraid it will take up our entire seminar and so we can't host you."

129.    Another conference in Washington, D.C. disinvited Mr. Adkins on much the same rationale.

130.    Speaking engagements like those would have facilitated Mr. Adkins' career development by helping him network and increasing his name recognition. Federal employees who left government service around the start of the second Trump Administration have used those and similar events to demonstrate relevance in their professional fields and to publicize the expertise they had honed and applied during the Biden Administration. Each of them is a valuable opportunity and, because of The Daily Wire articles, Mr. Adkins has lost out on several of them.

131.    Because of the false allegations made in The Daily Wire articles, Mr. Adkins has not been able to find full-time employment. What employment he has found has been in lower-paying jobs than he otherwise would have anticipated coming out of a high-ranking government position. People coming out of similar government leadership roles routinely make more than $500,000 annually. Mr. Adkins' predecessor at USADF, for example, left the agency to take a job at the PepsiCo Foundation, where he makes over $500,000 per year. But because of the articles and the cloud they cast over Mr. Adkins, he could not even apply for such positions because the

applications would not have received serious consideration. Defendants' lies have already cost Mr. Adkins hundreds of thousands of dollars in lost job and speaking opportunities.

132.    Upon leaving USADF, Mr. Adkins was also encouraged to apply for a number of fellowship positions with prominent philanthropic foundations, which he did. In at least one case, he was deep into the hiring process by the time The Daily Wire Defendants published their USADF articles. The foundation wound up going with someone else. In another case, he applied for a fellowship at an organization where he had been well connected. After the articles came out, though, he couldn't even get an audience there, despite his connections. The articles made him toxic in the philanthropic community, where public perception is self-evidently crucial.

133.    Former associates were perceptibly leery of associating with him. Friends and family engaged with him pityingly. The worst part, though, was not knowing who had read the articles and believed (even partly) the false allegations. Every interaction Mr. Adkins has had has been colored by the possibility that the person he was interacting with mistakenly thought he had committed crimes.

134.    The mental anguish, social stigma, and psychological harm he has suffered has been, to put it mildly, extreme. Mr. Adkins prides himself on being a strong person, but the extent of the public humiliation from the false allegations in the articles is beyond what anyone should ever have to bear.

***Having been rebuffed by The Daily Wire and Ms. Battle to do the right thing and correct their errors, Mr. Adkins is forced to bring this action to clear his name and set the record straight, and hold Defendants accountable.***

135.    Mr. Adkins never expected that his decades of public service would lead to his name being dragged through the mud on obviously false charges. Even after The Daily Wire Defendants published their defamatory articles, he expected the fallout would dissipate quickly.

136. But when, months later, the impact had only intensified, Mr. Adkins reached out to Defendants, urging them to do the right thing and help mitigate the hate and vitriol they had incited.

137. He presented The Daily Wire with, and reminded it of, the hard evidence that what The Daily Wire Defendants had published was false. That included, for instance, the materials he submitted to apply to USADF; the receipts showing he had paid for the suits that Defendants claimed USADF had paid for; audit results and the name of his travel coordinator at USADF, who could vouch for his compliance with all federal travel laws; and a list of and public information on the non-Black people hired and promoted during his tenure at USADF, along with a photo array.

138. Despite being confronted with and reminded of clear evidence of the falsity of their statements about Mr. Adkins, The Daily Wire refused to retract or apologize for a single one. Instead, The Daily Wire, through its lawyers, doubled down on the false claims. For example, when confronted with a sampling of the materials Mr. Adkins submitted in applying to lead USADF, The Daily Wire responded by again referencing the decontextualized snippet of Mr. Adkins' deposition from Mr. Dunne's EEOC proceeding and falsely accusing Mr. Adkins of perjury.

139. The Daily Wire's response also indicated that it was already aware of much of—if not all of—the evidence Mr. Adkins provided it in his retraction demand, and that The Daily Wire Defendants had simply disregarded that evidence for the sake of furthering their preferred narrative. For example, The Daily Wire admitted that it never had any evidence showing that Mr. Adkins in fact "followed through" on any racial discrimination in hiring, and did not deny having seen the evidence on LinkedIn before publication showing that, under Mr. Adkins' leadership and direction, USADF routinely hired and promoted non-Black employees.

140.    And even after The Daily Wire admitted that it never had any evidence that the government paid for any of his suits or for luxury hotels, it stubbornly refused to retract and remove from the articles those false allegations. Instead, it compounded the issue by adding a jumbled word salad of a note to the article instead of straightforwardly repudiating the claim it knew to be false. Rather than telling the truth, the Daily Wire framed the matter as an arguable point with two sides, telling readers that the unambiguous proof in The Daily Wire's possession, showing that Mr. Adkins paid for the suits himself, was merely evidence "According to Adkins."

141.    Mr. Adkins also reached out to Ms. Battle to point out the falsity of the statements attributed to her in The Daily Wire's articles and to demand an account of what led her to publish allegations she knew to be false. Not only did Ms. Battle decline to provide an answer or an apology, she refused to confirm having fed The Daily Wire the false accusations it attributed to her about Mr. Adkins.

142.    Mr. Adkins is far from the first public servant to be savaged by The Daily Wire Defendants' lies. Most of those victims cannot fight back—whether because they cannot find representation, they lack the funds to sue, or because they simply cannot afford the time and effort required for litigation.

143.    Mr. Adkins will not sit back meekly and accept Defendants' false and deliberate smears on his personal and professional reputation and legacy. To vindicate his good name and show that there are consequences for preying on readers' worst impulses by feeding them blatant falsehoods about public servants, Mr. Adkins brings this action.

## COUNT I

## DEFAMATION *PER SE* FOR FALSE ALLEGATION #1 — APPLYING TO LEAD USADF

### (against The Daily Wire Defendants)

144.    Plaintiff repeats, realleges, and incorporates the above paragraphs as though fully set forth herein.

145.    On May 8, 2025, May 9, 2025, and May 14, 2025, The Daily Wire Defendants published the following articles:

- *Aid Agency Pushed Official's For-Profit Pyramid Scheme on Poor Africans.* (May 8, 2025);

- *'Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says.* (May 9, 2025); and

- *This Foreign Aid Agency Locked Its Doors to Keep DOGE Out. Now We Know Why.* (May 14, 2025).

146.    In the May 8 article, The Daily Wire Defendants stated falsely that "[USADF] hired … Adkins, without Adkins even applying, Adkins said in a deposition." In the May 9 and 14 articles, The Daily Wire Defendants stated falsely that "Adkins … testified under oath that he was selected to lead the African Development Foundation without even applying for the job, and that he couldn't recall when or how he managed to be selected."

147.    On May 9, 2025, Defendant Rosiak posted to his X account, @lukerosiak, a screenshot of and link to the May 9 article title along with a thread of X posts. One X post on May 9 included the false statement that "Glin, a former DEI officer, was replaced in 2021 by his friend Travis Adkins without even applying."[13]

148.    The statements are false and defamatory.

---

[13] *See* Luke Rosiak (@lukerosiak), *supra* note 11.

149.    The defamatory statements were intended to convey, and were understood by readers of ordinary intelligence as conveying, the false factual accusation that Mr. Adkins got his position as president and CEO of USADF without applying for it.

150.    The defamatory statements are libelous *per se* in that they tend to prejudice Mr. Adkins in the conduct of his trade and business. Among other things, they convey that Mr. Adkins did not earn his position at the head of USADF by applying and being selected from a pool of candidates, but was instead simply handed the position as a lackey.

151.    The May 8, 9, and 14 articles were published to a worldwide platform on The Daily Wire's website, and the defamatory statements therein was then foreseeably republished by readers of The Daily Wire and others. Defendant Rosiak's May 9 X thread was published to X, and as of the date of this filing, has been viewed hundreds of thousands of times.

152.    The defamatory statements were of and concerning Mr. Adkins.

153.    The Daily Wire Defendants published the defamatory statements with actual malice, in that they were aware at the time of publication that the statements were false or, at a minimum, had a high degree of awareness that the statements were probably false.

154.    The Daily Wire Defendants had reviewed the transcript from Mr. Adkins' deposition in Mr. Dunne's EEOC proceeding. They had seen Mr. Adkins' testimony about the application and hiring process in which he participated to become USADF's president and CEO.

155.    By deliberately failing to raise the false allegation with Mr. Adkins in their text message to Mr. Adkins that was sent hours before they first published the false allegation, The Daily Wire Defendants purposefully avoided the truth, while also departing from basic journalistic standards.

156.    The Daily Wire Defendants published the defamatory statements accusing Mr. Adkins of not having applied for his job at USADF in part because they knew such an allegation would generate attention and revenue from their intended audience. That motive was especially significant given the documented and public financial crisis The Daily Wire faced around the time of publication.

157.    The Daily Wire Defendants purposefully omitted any description or acknowledgement of Mr. Adkins' application process from their articles because it contradicted their preconceived narrative that Mr. Adkins was an undeserving lackey and that USADF was a hotbed of corruption and ethical abuses.

158.    Even after being confronted with Mr. Adkins' application materials, and even after being directed to the portion of Mr. Adkins' deposition testimony conclusively refuting the contention that he did not apply for the job at USADF, The Daily Wire Defendants refused to retract the defamatory statements, showing that they were committed to publishing a false narrative rather than the truth.

159.    The Daily Wire Defendants were motivated by ill will and inherent bias against Mr. Adkins, who they disdained for his leadership of USADF and the principles for which Mr. Adkins and USADF stood.

160.    The Daily Wire Defendants had no applicable privilege or legal authorization to make these false statements, or if they did, they abused it.

161.    As a direct and proximate result of the publication of the defamatory statements in the May 8, 9, and 14 articles, and in the May 9 X post, Mr. Adkins has suffered significant damages, including economic and reputational damages, as described herein.

162.    The Daily Wire Defendants' conduct was willful, malicious, intentional, wanton, and reckless, entitling Mr. Adkins to punitive damages.

**SECOND CLAIM FOR RELIEF**

**DEFAMATION *PER SE* FOR FALSE ALLEGATION #2 — BILLING USADF FOR CUSTOM SUITS**

**(Against All Defendants)**

163.    Plaintiff repeats, realleges, and incorporates the above paragraphs as though fully set forth herein.

164.    On May 8, 2025, The Daily Wire Defendants published an article titled, *Aid Agency Pushed Official's For-Profit Pyramid Scheme on Poor Africans.*

165.    In the May 8 article, The Daily Wire Defendants falsely stated that Mr. Adkins "had a tailor fit him for three custom suits, and sent the bill to the agency." The statement was made under the heading, "Using poverty funds for luxury."

166.    The statement is false and defamatory.

167.    Defendants intended the defamatory statement to convey, and the statement was understood by readers of ordinary intelligence as conveying, that Mr. Adkins embezzled—or attempted to embezzle—funds from USADF to pay for custom suits. Indeed, that intended meaning is made plain by the fact that the defamatory statement was made under the heading, "Using poverty funds for luxury."

168.    The defamatory statement is libelous *per se* in that it tends to prejudice Mr. Adkins in the conduct of his trade and business by asserting that he embezzled government funds to pay for tailored suits.

169.    The May 8 article was published to a worldwide platform on The Daily Wire's website, and the defamatory statement therein was then foreseeably republished by readers of The Daily Wire and others.

170.    The defamatory statement was of and concerning Mr. Adkins.

171.    In the article, The Daily Wire Defendants attribute the defamatory statement to Defendant Battle, who purportedly gave the statement to them in advance of publication. But when Mr. Adkins, through counsel, asked Defendant Battle to affirm that she had, in fact, told The Daily Wire Defendants that Mr. Adkins billed USADF for tailored suits, she declined to do so.

172.    To the extent Defendant Battle published the defamatory statement to The Daily Wire Defendants, she did so with actual malice, in that she was aware at the time of publication that the statement was false or, at a minimum, had a high degree of awareness that the statement was probably false.

173.    Defendant Battle knew Mr. Adkins never billed or tried to bill USADF for tailored suits, and that Mr. Adkins had paid for the suits himself. Nevertheless, she allegedly made the defamatory statement to The Daily Wire Defendants with full knowledge that The Daily Wire Defendants would publish it to a worldwide audience.

174.    The Daily Wire Defendants published the defamatory statement with actual malice, in that they were aware at the time of publication that the statement was false or, at a minimum, had a high degree of awareness that the statement was probably false.

175.    The Daily Wire Defendants knew, and later admitted, that they lacked any evidence, beyond Defendant Battle's say-so, that Defendant Battle, Mr. Adkins, or anyone else ever sought government reimbursement for Mr. Adkins' suits.

176.    To the extent The Daily Wire Defendants accurately reported what Defendant Battle told them, they did so knowing she was an entirely unreliable source.

177.    Defendants also knew that the substance of the false statement was inherently improbable, especially given the numerous checkpoints in the reimbursement process. Those multiple checkpoints made it extremely unlikely that Mr. Adkins could have gotten the federal government to pay for three custom-tailored suits.

178.    By deliberately failing to raise the false allegation with Mr. Adkins in their text message to Mr. Adkins that was sent hours before they published the false allegation, The Daily Wire Defendants purposefully avoided the truth, while also departing from basic journalistic standards.

179.    The Daily Wire Defendants were motivated by profit to attack and harm Mr. Adkins. That motive was substantial given the documented and public financial crisis The Daily Wire faced around the time of publication.

180.    The defamatory statement was made in furtherance of—and vital to—The Daily Wire Defendants' preconceived narrative that, under Mr. Adkins' leadership, USADF was a hotbed of corruption, criminality, and unethical conduct.

181.    Defendants were motivated by ill will and inherent bias against Mr. Adkins. Defendant Battle harbored significant animosity toward Mr. Adkins because he reprimanded her for incompetence and insubordination at USADF, which led her to quit the agency in a fit of spite. The Daily Wire Defendants likewise disdained Mr. Adkins for his leadership of USADF and the principles for which Mr. Adkins and USADF stood.

182.    The Daily Wire Defendants had no applicable privilege or legal authorization to make these false statements, or if they did, they abused it.

183.    As a direct and proximate result of the publication of the false and defamatory statement in the May 8 article, Mr. Adkins has suffered significant damages, including economic and reputational damages, as described herein.

184.    Defendants' conduct was willful, malicious, intentional, wanton, and reckless, entitling Mr. Adkins to punitive damages.

### THIRD CLAIM FOR RELIEF

### DEFAMATION *PER SE* FOR FALSE ALLEGATION #3—VIOLATING FEDERAL TRAVEL-SPENDING RULES

### (Against All Defendants)

185.    Plaintiff repeats, realleges, and incorporates the above paragraphs as though fully set forth herein.

186.    On May 8, 2025 and May 14, 2025, The Daily Wire Defendants published the following articles:

- "Aid Agency Pushed Official's For-Profit Pyramid Scheme on Poor Africans." (May 8, 2025); and

- "This Foreign Aid Agency Locked Its Doors to Keep DOGE Out. Now We Know Why." (May 14, 2025).

187.    In the May 8 and 14 articles, Defendants falsely stated that Mr. Adkins "brushed off government rules about travel costs and demanded $1,000-a-night hotels, summarily firing an assistant who raised concerns about his travel arrangements." The statements in both articles were made under the heading, "Using poverty funds for luxury."

188.    The statements are false and defamatory.

189.    Defendants intended the defamatory statements to convey, and the statements were understood by readers of ordinary intelligence as conveying, the false factual assertion that Mr.

Adkins embezzled funds from USADF to pay for unauthorized hotel accommodations beyond what is allowed under federal law. Indeed, that intended meaning is made plain by the fact that the defamatory statements were made under the heading, "Using poverty funds for luxury."

190.    The defamatory statements are libelous *per se* in that they tend to prejudice Mr. Adkins in the conduct of his trade and business by suggesting he defrauded the government and violated federal travel rules to do so.

191.    The May 8 and 14 articles were published to a worldwide platform on The Daily Wire's website, and the defamatory statements therein were then foreseeably republished by readers of The Daily Wire and others.

192.    The defamatory statements are of and concerning Mr. Adkins.

193.    In the articles, The Daily Wire Defendants attribute the defamatory statements to Defendant Battle, who purportedly gave the statements to them in advance of publication. But when Mr. Adkins, through counsel, asked Defendant Battle to affirm that she had, in fact, told The Daily Wire Defendants that Mr. Adkins ignored government travel rules, demanded $1,000-a-night hotels, and fired her for asking about it, she declined to do so.

194.    To the extent Defendant Battle published the defamatory statements to The Daily Wire Defendants, she did so with actual malice, in that she was aware at the time of publication that the statements were false or, at a minimum, had a high degree of awareness that the statements were false.

195.    Defendant Battle knew, from her own experience, that the defamatory statements were false because she knew that Mr. Adkins never in fact did, nor intended to, have the federal government pay for any travel expenses beyond what was allowed under federal law. Nevertheless, she made the defamatory statements to The Daily Wire Defendants with full knowledge that The

Daily Wire Defendants would publish them to a worldwide audience, all because she wanted retribution against Mr. Adkins.

196.    The Daily Wire Defendants published the defamatory statements with actual malice, in that they were also aware at the time of publication that the statements were false or, at a minimum, had a high degree of awareness that the statements were probably false.

197.    The Daily Wire Defendants knew, and later admitted, that they had no knowledge or evidence that Defendant Battle, Mr. Adkins, or anyone else ever sought reimbursement for, or requested the government to pay for, any hotel accommodations beyond those allowed under federal law.

198.    To the extent The Daily Wire Defendants accurately reported what Defendant Battle told them, they did so knowing she was an entirely unreliable source.

199.    Defendants also knew that the substance of the false statement was inherently improbable, especially given the numerous checkpoints in the reimbursement process. The notion that Mr. Adkins repeatedly stayed at luxurious hotels on the government dime, in violation of federal travel rules and without getting caught by any of those checkpoints, was inherently unbelievable.

200.    The Daily Wire Defendants were also either aware of audits demonstrating that no violations of federal travel rules had occurred during Mr. Adkins' tenure or purposefully avoided them.

201.    By deliberately failing to raise the false allegation with Mr. Adkins in their text message to Mr. Adkins that was sent hours before they first published the false allegation, The Daily Wire Defendants purposefully avoided the truth, while also departing from basic journalistic standards.

202.    The Daily Wire Defendants were motivated by profit to attack and harm Mr. Adkins. That was especially so given the documented and public financial crisis The Daily Wire faced around the time of publication.

203.    The defamatory statements were likewise made in furtherance of—and vital to— The Daily Wire Defendants' preconceived narrative that, under Mr. Adkins' leadership, USADF was a hotbed of corruption, criminality, and unethical conduct.

204.    Defendants were motivated by ill will and inherent bias against Mr. Adkins. Defendant Battle harbored significant animosity toward Mr. Adkins because he reprimanded her for incompetence and insubordination at USADF, causing her to quit USADF in a fit of spite. And The Daily Wire Defendants disdained Mr. Adkins, USADF, and the principles and mission Mr. Adkins sought to advance during his time at USADF.

205.    The Daily Wire Defendants had no applicable privilege or legal authorization to make these false statements, or if they did, they abused it.

206.    As a direct and proximate result of the publication of the false and defamatory statements in the May 8 and 14 articles, Mr. Adkins has suffered significant damages, including economic and reputational damages, as described herein.

207.    Defendants' conduct was willful, malicious, intentional, wanton, and reckless, entitling Mr. Adkins to punitive damages.

## FOURTH CLAIM FOR RELIEF

### DEFAMATION *PER SE* FOR FALSE ALLEGATION #4—DISCRIMINATING AGAINST VETERANS AND NON-BLACK PEOPLE

#### (Against All Defendants)

208.    Plaintiff repeats, realleges, and incorporates the above paragraphs as though fully set forth herein.

209.   On May 9, 2025 and May 14, 2025, The Daily Wire Defendants published the following articles:

- *'Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says.* (May 9, 2025); and

- *This Foreign Aid Agency Locked Its Doors to Keep DOGE Out. Now We Know Why.* (May 14, 2025).

210.   In the May 9 and 14 articles, Defendants falsely stated that Mr. Adkins "wanted his entire team (to include the General Counsel) to consist only of Black people" and "wanted all of his direct reports to be Black," that Mr. Adkins "refused to hire white people," "was very adamant in only hiring African Americans, mainly female," that "he told [her] many times he would not hire a white person or a veteran." And in the May 9 article, Defendants likewise falsely claimed that Mr. Adkins referred to white people on USADF's board as "them white motherf—ers."

211.   On May 9, 2025, Defendant Rosiak posted to his X account, @lukerosiak, a screenshot of and link to the May 9 article title which included the false quote, "Them White Motherf—ers" attributed to Mr. Adkins, along with a thread of X posts. One X post on May 9 included the false statement that Mr. Adkins had "said he would not hire whites or veterans." [14]

212.   The statements are false and defamatory.

213.   Defendants intended the defamatory statements to convey, and the statements were understood by readers of ordinary intelligence as conveying, the false factual assertion that Mr. Adkins discriminated against non-Black employees and veterans at USADF, engaged in unlawful and unethical hiring and retention practices, and otherwise committed specifically racist acts toward USADF employees.

---

[14] Luke Rosiak (@lukerosiak), *supra* note 11.

214.    The defamatory statements are libelous *per se* in that they tend to prejudice Mr. Adkins in the conduct of his trade and business by accusing him of bigotry and of committing to violate multiple federal employment laws.

215.    The May 9 and 14 articles were published to a worldwide platform on The Daily Wire's website, and the defamatory statements therein were then foreseeably republished by readers of The Daily Wire and others. Defendant Rosiak's May 9 X thread was published to X, and as of the date of this filing, has been viewed hundreds of thousands of times.

216.    The defamatory statements are of and concerning Mr. Adkins.

217.    In the articles and on X, The Daily Wire Defendants attribute the defamatory statements to Defendant Battle, who purportedly gave the statements to them in advance of publication. But when Mr. Adkins, through counsel, asked Defendant Battle to affirm that she had, in fact, told The Daily Wire Defendants that Mr. Adkins discriminated against non-Black people and veterans, she declined to do so.

218.    To the extent Defendant Battle published the defamatory statements to The Daily Wire Defendants, she did so with actual malice, in that she was aware at the time of publication that the statements were false.

219.    Defendant Battle knew that the defamatory statements were false because she knew that Mr. Adkins never said anything resembling the statements she attributes to him about either actual or his intended hiring and retention practices at USADF. Moreover, Defendant Battle knew that under Mr. Adkins' tenure at USADF, numerous non-Black people and veterans were hired and promoted at USADF.

220.    The Daily Wire Defendants likewise published the defamatory statements with actual malice, in that they were also aware at the time of publication that the statements were false or, at a minimum, had a high degree of awareness that the statements were probably false.

221.    As to the racist hiring claim, The Daily Wire Defendants knew, and later admitted, that during Mr. Adkins' tenure, non-Black employees were hired and promoted at USADF.

222.    To the extent The Daily Wire Defendants accurately reported what Defendant Battle told them, they did so knowing she was an entirely unreliable source.

223.    Defendants also knew that the substance of the false statement was inherently improbable. The notion that the head of a federal agency would spend his days musing to his colleagues about his plans to violate federal nondiscrimination laws is preposterous and would inevitably have led to Mr. Adkins' termination had there been any truth to them. And as Defendants doubtless knew, the USADF board was 40% Black at the time Mr. Adkins allegedly referred to it as "them white motherf—rs."

224.    To the extent The Daily Wire Defendants relied on Defendant Battle's affidavit from Mr. Dunne's EEOC proceeding, they were aware that the affidavit itself contained falsehoods.

225.    The Daily Wire Defendants were also familiar with the sworn deposition testimony from Mr. Dunne's EEOC proceeding in which Mr. Adkins, Ms. Feleke, Mr. Zahui, and Ms. Becker all repudiated the false statements accusing Mr. Adkins of bigotry, with Ms. Feleke pointedly referring to them as ridiculous.

226.    The Daily Wire Defendants purposefully avoided giving Mr. Adkins the opportunity to respond to the portion of Defendant Battle's allegation accusing Mr. Adkins of refusing to hire veterans. They did so even though they had already prepared to publish articles

lobbing that accusation at Mr. Adkins, which they were afraid Mr. Adkins would contradict if given the opportunity.

227.    The Daily Wire Defendants knew that under Mr. Adkins' tenure, veterans were hired and promoted at USADF. The Daily Wire Defendants were also aware of the fact that they were relying solely on the say-so of an entirely unreliable source—Defendant Battle—for the defamatory statements. Moreover, the entire basis for the false claim is inherently improbable: If the head of a federal agency publicly espoused such vitriolic, blunt, and unlawful personal statements about his desire to never hire veterans, he would have been immediately reprimanded and fired. The Daily Wire Defendants also ignored the fact that Ms. Battle did not raise the veteran discrimination claim in her affidavit, and also ignored the deposition testimony of Mr. Adkins, Ms. Feleke, and Mr. Zahui—all of which they were aware of. And by not raising this allegation with Mr. Adkins in the text message sent hours before publication, while knowing they intended to accuse Mr. Adkins of this, The Daily Wire Defendants purposefully avoided the truth.

228.    The Daily Wire Defendants were likewise motivated by profit to attack and harm Mr. Adkins. The motivation was ample, given documented and public financial crisis The Daily Wire faced at and around the time of publication.

229.    The defamatory statements were likewise made in furtherance of the preconceived narrative that The Daily Wire Defendants adopted and endorsed. The Daily Wire Defendants conformed their statements to fit their preconceived narratives of racism and unethical and illegal conduct at USADF by Mr. Adkins, whom they sought to paint as hating America.

230.    Defendants were motivated by ill will and inherent bias against Mr. Adkins.

231.    Defendant Battle harbored significant animosity toward Mr. Adkins because he reprimanded her for incompetence and insubordination at USADF, causing her to quit USADF in

a fit of spite. And The Daily Wire Defendants disdained Mr. Adkins, USADF, and the principles and mission Mr. Adkins sought to advance during his time at USADF.

232.    The Daily Wire Defendants had no applicable privilege or legal authorization to make these false statements, or if they did, they abused it.

233.    As a direct and proximate result of the publication of the false and defamatory statements in the May 9 and May 14 articles, and in the May 9 X post, Mr. Adkins has suffered significant damages, including economic and reputational damages, as described herein.

234.    Defendants' conduct was willful, malicious, intentional, wanton, and reckless, entitling Mr. Adkins to punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court award him relief against Defendants as follows:

235.    Actual, presumed, and compensatory damages in excess of $75,000, as well as interest, reasonable attorneys' fees, and costs, as allowed by law;

236.    Punitive damages, as allowed by law; and

237.    Such other and further relief as the Court deems appropriate.

## JURY TRIAL DEMANDED

Plaintiffs demand trial by jury for all claims and issues that are so triable.


DATED: December 18, 2025

                                        Respectfully Submitted,

                                        By: */s/ Dustin A. Pusch*
                                        Dustin A. Pusch (D.D.C. Bar No.1015069)
                                        Mark Thomson (D.D.C. Bar No.1048004)
                                        Meier Watkins Phillips Pusch LLP
                                        1120 20th Street, NW, Suite 550

Washington, DC 20036
dustin.pusch@mwpp.com
mark.thomson@mwpp.com
Phone: (202) 318-3655

Karianne Jones (D.D.C. Bar No. 1177335)
Brandon Faske (*pro hac vice* forthcoming)*
*Admitted in the State of New York; practicing
under the supervision of firm principals*
Evergreen Legal Strategies, LLP
1763 Columbia Rd NW, Suite 100
Washington, DC 20009
karianne@evergreenlegalstrategies.com
brandon@evergreenlegalstrategies.com
Phone: (202) 430-6568