# EXHIBIT B

**DAILY WIRE+**

Home | Listen | Watch | Discuss | Shop | Kids | Gift Membership  | Log In | Sign Up

# THE DAILY WIRE

ADVERTISEMENT

— INVESTIGATION —

# 'Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says

**African Development Foundation assistant, who is black, said in a sworn affidavit that its CEO said he would not hire whites.**

By Luke Rosiak · May 9, 2025 · DailyWire.com     0 Comments



*Editor's Note: This is the fourth and final part in a series of investigative reports on the African Development Foundation, which gained notoriety for resisting a review by the Department of Government Efficiency. Check out part one, part two, and part three.*

—

ADVERTISEMENT

A small, USAID-like federal agency called the African Development Foundation refused to hire white people, and treated white employees who did slip through so poorly that one soiled herself because she was afraid to leave her desk to use the bathroom, employees told The Daily Wire.

The agency violated so many rules and laws that its general counsel was flabbergasted — but when he called attention to it, officials framed him for violent threats and removed him from his job with a bizarre manifesto that called him "grimy" and "unwholesome," the general counsel, Mateo Dunne, who is white, said.

The agency attracted attention by locking the doors to prevent auditors from the Department of Government Efficiency from seeing its books, and suing Elon Musk to prevent a takeover. The lawsuit is pending, but all of its employees have been laid off after the Trump administration gained access to the office space using U.S. Marshals.

ADVERTISEMENT

From 2021 until February, the agency was led by CEO Travis Adkins, who came to it after a short stint at USAID as a Joe Biden political appointee.

Adkins' former assistant, who is black, said in a sworn affidavit that "On at least three occasions, Mr. Adkins told me that he wanted his entire team (to include the General Counsel) to consist only of Black people. He wanted all of his direct reports to be Black."

"He was very adamant in only hiring African Americans, mainly female, and he told me many times he would not hire a white person or a veteran. I said that's discrimination, and he said 'I'm the president and CEO, I can do what I want,'" the assistant told The Daily Wire on condition of anonymity. Adkins is also a lecturer at Georgetown University.

ADVERTISEMENT

The African Development Foundation was created by Congress in 1980 as a board whose members are appointed by the president of the United States to six-year terms, who in turn appoint a CEO to run day-to-day operations. The board chair was Jack Leslie, a white former staffer to former Sen. Ted Kennedy (D-MA) who was appointed to the board by Presidents George W. Bush and Barack Obama.

Adkins bragged about concealing operations from the board, saying "them white motherf—ers, they don't need to know… I don't think I should tell them sh–," according to the assistant.

A junior employee disappeared a few months after she took complaints to the board, and the assistant asked what happened to her; Adkins replied, "I just put the white b—h on a contract and then the contract ended," the assistant said.

ADVERTISEMENT

The situation was the same under the prior CEO, C.D. Glin, a former Peace Corps DEI officer and later an Obama political appointee to the Peace Corps who led the agency from 2016 to 2021. "C.D. [Glin] literally said to me that he needed to hire black people," another employee told The Daily Wire on condition of anonymity. "Virtually everyone he hired in programs was black."

In 2021, the agency had to pay a settlement after it laid off a white senior executive without paying her severance or following federal rules, and she alleged it was because of her race. It conducted a "reduction in force" that was targeted at her, and falsely claimed she didn't have the qualifications to shift into another job, even though many of those jobs had actually reported to her.

In previous installments in this series, The Daily Wire reported how its agency's CFO received payments to his personal bank account from a company to which he steered $1 million. The agency gave money to African grantees and then instructed them to re-route it to the agency's employees and friends in America, and even pushed a for-profit multi-level marketing scheme run by a board member on poor Africans.

> **"I think USADF deserved the fate that it received, because if it couldn't be run correctly, then it shouldn't be run at all."**

## Retaliation

In a government agency, the job of the general counsel is to ensure that rules and laws are followed. Glin ensured that the role was either empty or filled with junior lawyers with no experience in government, even though the agency engaged in complex international finance.

After he departed as CEO in May 2021, there was a brief period in which the agency had no permanent leader, and a traditional general counsel managed to slip through. When Mateo Dunne, a white former high-level

Defense Department executive, took the job, he was appalled by how little the African Development Foundation seemed to care about laws and rules.

The lawyer set out to interview employees about conflicts of interest, purchase card abuse, contracting fraud, and a toxic workplace environment. In a matter of days, the evidence started stacking up. He told the acting CEO, Elisabeth Feleke, that outside lawyers would have to be brought in to document the full scope of the lawbreaking.

Instead, Feleke ordered him to stop the investigation, told him to change the preliminary findings, and falsely told the board the probe was complete, he told The Daily Wire. Dunne stopped investigating, but sent his preliminary report to the board.

He soon learned that despite nearly uniform agreement that Glin had been abusive, the organization wasn't getting a fresh start. The board agreed to hire a decades-long friend of Glin's, Travis Adkins, to replace him. When Adkins entered the office for the first time, Glin enveloped him in a bear hug.

Adkins later testified under oath that he was selected to lead the African Development Foundation without even applying for the job, and that he couldn't recall when or how he managed to be selected.

As Adkins' start date neared, Dunne prepared to show him the lawbreaking he had found so that Adkins could reform the agency. But it seemed that Adkins already knew, and his first priority was shutting Dunne's investigation down.

Within hours of Adkins being sworn in as president and CEO in January 2022, he put Dunne on leave and cut off his access to evidence before he could even speak, video shows.

"You will be on administrative leave the very moment that we hang up this call. You will have a box mailed to your home to allow you to send back to us any USADF-issued equipment," he told Dunne. "You are not to contact

any of the members of the USADF staff. And again, your access to all of our data and systems will be closed down immediately."

Dunne replied: "I had prepared this slide deck to introduce myself and what I've done at USADF. This conversation obviously went a different way … I guess I have a couple of questions."

"We're not going to do questions and answers," Adkins said. "We're not going to have a back and forth about this." Dunne was never told why he was placed on paid leave, which Adkins acknowledged was the first step in a discipline process.

Internally, the agency sought to build a justification for firing the white lawyer, with chief of staff Brandi James compiling a 75-page manifesto that called Dunne "Adversarial, Belittling, Calculating, Combative, Condescending, Deceitful, Defensive, Grimy, Sinister, and Unwholesome."

The report called Dunne a "danger to USADF's mission and staff." But the details made clear that the risk was not to anyone's life, but rather the livelihoods of law-breaking bureaucrats. The dossier faulted him for his "insistence on tying up staff time on investigatory digs."

The evidence of insubordination was that he had investigated apparent spending on luxuries and personal items by top staff, when Acting CEO Elisabeth Feleke said, "I have not given Mateo direction or mandate to investigate credit card fraud."

## "Them white motherf—ers, they don't need to know… I don't think I should tell them sh–."

As evidence of Dunne "circumventing and breaching USADF protocols," the dossier complained that Dunne notified Glin that he had not filed years' worth of mandatory Office of Government Ethics conflict-of-interest forms, carrying a $600 penalty, even though Feleke told him not to raise the issue. As general counsel, Dunne was the agency's "designated ethics officer" and required to do so by the government-wide ethics office. The forms would have revealed that the African group had

paid money to a group associated with Glin, and refusal to file them can carry criminal penalties.

Adkins went as far as implying that Dunne had threatened to kill him, alluding to something "being sent to people regarding the death of government officials, as all of us are government officials." This, it turned out, was a fantastical distortion of Dunne sharing a sentimental quote from a New York governor acknowledging the passing of a former legislator.

Then a new comment appeared on the agency's profile on the employer-review site GlassDoor that said, under "Advice to Management": "die." The post was attributed to "General Counsel." The African Development Foundation sicced four different law enforcement agencies on Dunne for making death threats.

The former Sunday school-teaching lawyer said he was framed. "If I was going to do an anonymous post I would obviously not put my job title in there," he said.

Adkins was forthright with the board's chair, Jack Leslie, about what was really going on. He wrote to Leslie that Dunne was placed on leave for his "efforts to damage USADF's reputation via the Office of Inspector General…Dunne conducted an unauthorized, backward-focused investigation that unsettled staff. … He then began leveling accusations that USADF senior leadership was 'interfering' with his investigations and General Counsel functions."

## Lies

The African Development Foundation never told Dunne what he was being investigated for, or formally moved to fire him, which would require proving that he did something wrong. It simply left him on paid leave indefinitely, violating a law that limits investigative leave to 90 days. After six months, in July 2022, he quit to take another job.

An agency's top lawyer calling attention to rampant lawbreaking, only for him to be removed from duty, is as remarkable a case of whistleblower

retaliation as the government has seen. Dunne provided documentation to the Office of Special Counsel, which exists to investigate whistleblower retaliation. But it closed his file when the employee he'd been working with left her job, he said.

He filed a complaint with the Equal Employment Opportunity Commission alleging discrimination on the basis of his race and retaliation. In August 2024, an administrative law judge dismissed his case, even though he had an affidavit from a black employee saying that Adkins had told her repeatedly that he did not want any white people working for him. Dunne is appealing in court.

Dunne deposed African Development Foundation staff in the course of that lawsuit. In his sworn testimony, Adkins denied saying he wouldn't hire white people — but also claimed he didn't know how many people worked for him, that he could only remember the names of two, and that he didn't know what race various employees were.

```
    Q      (By Mr. Dunne)   Did you -- were you a
supervisor at USAID?
    A      Yes.
    Q      How many people did you supervise,
approximately?
    A      I don't recall.
    Q      More than ten?
    A      I don't recall.
    Q      More than two?
    A      I don't recall.
    Q      You don't recall if you supervised more than
two people at USAID?
    A      I don't recall.
```

*A typical exchange from Adkins' deposition*

Adkins' sworn testimony was repeatedly contradicted by documents and the testimony of other employees.

Adkins had told the board that a government-wide human resource office had "recommended Mr. Dunne immediately be placed on Administrative Leave for misconduct and performance." A representative of that office testified that it was not true.

He denied plotting to remove Dunne as general counsel before he even started as CEO in an effort to spare his friend Glin and officials like Mathieu Zahui, the chief financial officer, and a target of the investigation.

But discovery in the lawsuit showed that Zahui had written during that time period that "The board and the incoming president would like to explore the possibilities of a do-over" on the general counsel hire.

Adkins did not return a request for comment from The Daily Wire.

Dunne said it has been painful to watch some turn the African Development Foundation into a "martyr," seemingly to avoid acknowledging that DOGE's scrutiny was warranted, when no one cared to fix it, though signs were abundant that it was broken.

He said he left his job at the Defense Department to come to the African agency "because I wanted to help people," but found that widespread rule-breaking was short-changing both Africans and low-level staff.

"I think USADF deserved the fate that it received, because if it couldn't be run correctly, then it shouldn't be run at all. If the leaders of that agency couldn't act, and members of the foreign policy establishment wouldn't act," he said. "It's an indictment of the entire system."

**READ MORE:**

- **Foreign Aid Official Who Resisted DOGE Took Secret Payments After Steering Africa Money To Friend**

- **African Aid Agency Used Foreign Pass-Throughs To Hide Money That Went To D.C. Staff**

- **Aid Agency Pushed Official's For-Profit Pyramid Scheme On Poor Africans**

Investigation,   Africa,   Department of Government Efficiency (DOGE),   Diversity Equity and Inclusion (DEI),   USAID

  

# Create a free account to join the conversation!



UP NEXT

## Aid Agency Pushed Official's For-Profit Pyramid Scheme On Poor Africans

By Luke Rosiak



## Our Most Important Stories Right Now

## Got a tip worth investigating?

Your information could be the missing piece to an important story. Submit your tip today and make a difference.

Submit Tip

The Daily Wire  >  Read  >  'Them White Motherf-ers': Racist Agency Framed Its Lawyer After He Discovered Lawbreaking, He Says

About
Advertise With Us
Authors
Book our Speakers
Careers
Contact Support

Do Not Sell or Share My Personal Information
Legal
Media & Press Inquiries
Shipping & Returns
Standards & Policies
Submit a News Tip

   

© Copyright 2025, The Daily Wire LLC  | Terms | Privacy

