**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRAVIS ADKINS, <br><br> Plaintiff <br><br> v. <br><br> THE DAILY WIRE, LLC, LUKE ROSIAK, and JASMINE BATTLE, <br><br> Defendants. | Civil Action No. 25-4399-DLF |

**DEFENDANT BATTLE'S CONSENT MOTION TO STAY DEADLINE**

Defendant Jasmine Battle respectfully requests that the Court stay her deadline to answer, or otherwise respond, to Plaintiff's First Amended Complaint until the Court rules on Defendant The Daily Wire, LLC, and Defendant Luke Rosiak's Motion to Bifurcate Rule 12 Motions. The reasons for this motion are set forth further below:

1.      Plaintiff Travis Adkins filed his First Amended Complaint on January 8, 2026. The defendants' answers or responses to Plaintiff's complaint, therefore, are due March 9, 2026.

2.      Defendant The Daily Wire, LLC, and Defendant Luke Rosiak, collectively referred to as Media Defendants, filed their Motion to Bifurcate Rule 12 Motions on February 24, 2026.  Plaintiff filed his Memorandum of Points and Authorities in Opposition to Motion to Bifurcate Rule 12 Motions on March 3, 2026.  Media Defendants' motion remains with the Court.

3.      On March 2, 2026, the parties filed a Joint Statement Regarding Defendants' Deadline to Respond to the Complaint.  In that joint statement, the parties set out the following proposed briefing schedule:

(1)     If the Court grants Media Defendants' Motion to Bifurcate Rule 12 Motions, Media Defendants should file their venue motion within 14 days of the Court's ruling.  Furthermore, the deadline for the defendants to respond to Plaintiff's First Amended Complaint should be stayed until after the Court rules on the venue motions.  If the Court denies Media Defendants' venue motion, the defendants will have 21 days from the Court's ruling to respond to Plaintiff's First Amended Complaint.

(2)     If the Court denies Media Defendants' Motion to Bifurcate Rule 12 Motions, the defendants will have 21 days from the Court's ruling to respond to Plaintiff's First Amended Complaint.

4.      Defendant Battle's counsel conferred with Plaintiff's counsel and Media Defendants' counsel on March 4, 2026.  Consistent with the parties' positions in the Joint Statement Regarding Defendants' Deadline to Respond to the Complaint, the parties consented to this stay.

Accordingly, Defendant Battle respectfully requests that the Court stay her deadline to answer, or otherwise respond, to Plaintiff's First Amended Complaint until the Court rules on Media Defendants' Motion to Bifurcate Rule 12 Motions, whichever is later.

Dated: March 6, 2006                          Respectfully submitted,

/s/ Sean W. O'Donnell
Sean O'Donnell (D.C. Bar No. 90040392)
Michael Bekesa (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5180
Email: SODonnell@JudicialWatch.org

*Counsels for Defendant Jasmine Battle*

2