**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRAVIS ADKINS, | |
| *Plaintiff,* | |
| v. | Case No.: 1:25-cv-4399-DLF |
| THE DAILY WIRE, LLC, LUKE ROSIAK, and JASMINE BATTLE, | |
| *Defendants.* | |

**DEFENDANTS THE DAILY WIRE, LLC AND LUKE ROSIAK'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION TO DISMISS**

Pursuant to LCvR 7(h) and Sections 5.b.ii and 5.d of this Court's Standing Order, Defendants The Daily Wire, LLC, and Luke Rosiak hereby submit their Statement of Material Facts in support of their motion to dismiss Plaintiff Travis Adkins' First Amended Complaint [Dkt. 9] for improper venue, or, in the alternative, failure to state a claim upon which relief may be granted.

1. In his February 4, 2024 deposition in an EEOC proceeding, Adkins testified that he "did not submit an application to join USADF"; that he was "not able to answer" how he "c[ame] to be considered" for the position; that he recalled one USADF board member contacting him about the position; that he was unaware of any "competing candidates"; and that the only documents he recalled submitting were his "CV or bio." Franklin-Murdock Decl., Ex. 1 at 12:12–13:14, 13:22–14:4, 15:18–16:4.

1

2.      Rosiak did not write any of the Daily Wire's May 6–14 and December 29, 2025 articles about Adkins and USADF (the "Articles") while physically present in the District of Columbia. Rosiak Decl. ¶ 6.

3.      Rosiak did not interview any sources for the Articles while physically present in the District of Columbia. Rosiak Decl. ¶ 7.

4.      Rosiak did not conduct any reporting relating to the Articles while physically present in the District of Columbia. Rosiak Decl. ¶ 8.

5.      Rosiak did not publish any posts on X related to the Articles, USADF, or Adkins while physically present in the District of Columbia. Rosiak Decl. ¶ 9.

Dated: March 30, 2026                              Respectfully submitted,


                                                   */s/ Jesse D. Franklin-Murdock*
                                                   Karin M. Sweigart
                                                   (Bar #CA00145)
                                                   Jesse D. Franklin-Murdock
                                                   (Bar #CA00147)
                                                   **SWEIGART MURDOCK, LLP**
                                                   1160 Battery Street, Suite 100
                                                   San Francisco, California 94111
                                                   (415) 873-0123
                                                   Karin.Sweigart@sm-llp.com
                                                   Jesse@sm-llp.com

                                                   *Counsel for Defendants*
                                                   *The Daily Wire, LLC & Luke Rosiak*

2