**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

TRAVIS ADKINS,

                *Plaintiff*,

v.

THE DAILY WIRE, LLC, LUKE
ROSIAK, and JASMINE BATTLE,

                *Defendants*.

Case No.: 1:25-cv-4399-DLF

**<u>DECLARATION OF LUKE ROSIAK</u>**

I, Luke Rosiak, declare as follows:

1.      I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge.

2.      I am an Investigative Reporter for The Daily Wire. I am also a defendant in the above-captioned case.

3.      I began my employment with The Daily Wire in 2021, and I have lived in the Commonwealth of Virginia for the duration of that time.

4.      Between May 6 and 14, 2025, The Daily Wire published five articles I wrote about the United States African Development Foundation ("USADF") and its former president and CEO, Travis Adkins, the Plaintiff in this case.

1

Doc ID: 9cc8963b42d9a1e55ec3ce16cadcc8527f5be3c2

5.    On December 29, 2025, The Daily Wire republished its earlier reporting about USADF and Adkins that I wrote. (The May 6–14 articles and the December 29 article are referred to collectively as the "Articles.")

6.    I did not write any of the Articles while physically present in the District of Columbia.

7.    I did not interview any sources for the Articles while physically present in the District of Columbia.

8.    I did not conduct any reporting relating to the Articles while physically present in the District of Columbia.

9.    I did not publish any posts on X related to the Articles, USADF, or Adkins while physically present in the District of Columbia.

I, Luke Rosiak, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 30, 2026

_Luke Rosiak_

_____
Luke Rosiak

Doc ID: 9cc8963b42d9a1e55ec3ce16cadcc8527f5be3c2