# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

TRAVIS ADKINS,

                    *Plaintiff,*

v.

THE DAILY WIRE, LLC, LUKE
ROSIAK, and JASMINE BATTLE,

                    *Defendants.*

Case No.: 1:25-cv-4399-DLF

## DECLARATION OF JESSE D. FRANKLIN-MURDOCK

I, Jesse D. Franklin-Murdock, declare as follows:

1.      I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge.

2.      I am a partner at the law firm Sweigart Murdock, LLP, and I am one of the attorneys representing Defendants The Daily Wire, LLC, and Luke Rosiak in the above-captioned matter.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of Plaintiff Travis Adkins' deposition in a proceeding before the Equal Employment Opportunity Commission, EEOC No. 570-2023-00446X. Sweigart Murdock, LLP maintains a true and correct copy of **Exhibit 1** in its files in its ordinary course of business.

1

2

I, Jesse D. Franklin-Murdock, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 30, 2026

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock

# EXHIBIT 1

1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE


_____ )
                                )
Complainant                     )    EEOC No. 570-2023-00446X
                                )
                                )    Agency No. USADF-001-2022
    v                           )
                                )
                                )    Administrative Judge:
U.S. African Development )           Bryan M. Douglas
Foundation Agency.              )
                                )
_____ )


_____

VIDEOTAPED AND VIDEOCONFERENCED DEPOSITION OF
TRAVIS ADKINS (VIA ZOOM)
EXAMINATION DATE:  FEBRUARY 12, 2024

_____


        PURSUANT TO NOTICE, the videotaped and
videoconferenced deposition of TRAVIS ADKINS was taken
at 9:03 a.m. EST on February 12, 2024, via audio-visual
technology in Colorado, before Nathan Stormo, Registered
Professional Reporter and Notary Public in and for the
State of Colorado, said deposition being taken pursuant
to the Federal Rules of Civil Procedure.


                    Nathan Stormo
            Registered Professional Reporter

12

A    Mine was.

Q    And how long did you hold that position?

A    Eleven months.

Q    Approximately how long into your tenure at USAID did you become aware of a potential opportunity to joint USADF?

A    I don't recall.

Q    Do you recall when you joined USAID?

A    Yes.

Q    When was that?

A    March 2021.

Q    March 2021.  And when did you submit an application to join USADF?

A    I did not submit an application to join USADF.

Q    How did you come to be considered for president and CEO of USADF?

A    I wouldn't be able to answer that question. You would have to answer that question to those who sought me out for the position.

Q    Who were the people who sought you out for the position?

A    The board members of USADF.

Q    All of them?  That's a question.  Was it all of them together?

A    I can't answer if it was all of them together.

13

They make decisions, obviously, in the collective, and so that is why I said the board members.

Q    Who -- which member or members of the board contacted you?

A    I believe Iqbal Paroo.

Q    Okay.   And how did -- to the best of your knowledge, based on discussions you had with Iqbal Paroo or other board members, how did they become aware of your name?

A    You would have to ask them.

Q    Do you have any information or understanding of how the board become -- became aware of you as a potential candidate?

A    You would have to ask them.

Q    What is your relationship with CD Glin?

A    A friend.

Q    When did you become friends with CD Glin?

A    Maybe 20 years ago.

Q    Did CD Glin refer you to the board for consideration?

A    Not to my knowledge.

Q    Were you the only candidate considered by the USADF board?

A    You would have to ask the board members.

Q    Are you aware of any competing candidates?

14

A    You would have to ask the board members.

Q    No.   I'm asking if you are aware of any competing candidates.

A    Not to my knowledge.

Q    When were you first approached by Iqbal Paroo?

A    I don't recall the date.

Q    Do you recall the month?

A    I do not.

Q    Was it in the fall of 2021?

A    I don't recall the date or the month.

Q    You were sworn in on January 19, 2022, correct?

A    No, incorrect.

Q    What date were you sworn in as president and CEO of USADF?

A    January 18, 2022.

Q    Okay.  Was there any discussion with you to have you be sworn in at an earlier date?

A    Not to my knowledge, or recollection.

Q    When did you make -- when did you inform USAID that you were leaving the agency?

A    I don't recall.

Q    CD Glin separated from USADF in May 2021; is that correct?

A    I don't know.

Q    To the best of your knowledge, were you

15

approached to become the next president and CEO while CD Glin was still in office?

A    I don't recall.

Q    Ballpark, understanding you don't recall a specific date, approximately how many months was it in advance of your swearing in when you were first approached by Iqbal Paroo?

A    I don't recall.  I can't give a ballpark of that.  Sometime in 2021.

Q    What did the selection process involve?

A    Interviews.

Q    With who?

A    Members of the board.

Q    All the members of the board?

A    Yes.

Q    Together at one time?

A    Sometimes together, sometimes separate.

Q    What information were you asked to submit?

A    I don't recall.  There's not a way for me to recall all of the information I was asked to submit.

Q    What are examples of information you were asked to submit?

A    I'm not sure that I would proffer examples of things that I don't recollect that I was asked to submit.

16

Q    Do you recall any types of information that you were asked to submit?

A    I'm sure that they have my CV or bio.   I don't recall any other documents.

Q    When did you become aware that you had been selected to become the president and CEO of USADF?

A    Sometime in November of 2021, I believe.

Q    Do you recall if it was before or after Thanksgiving?

A    Excuse me?

Q    Do you recall if it was before or after Thanksgiving?

A    I do not.

Q    What -- when did you -- so -- before you were selected, you learned of your selection in November of 2021.  When is the first time you recall communicating in any way with Elisabeth Feleke?

A    I don't recall the date, but sometime after November of 2021.

Q    Did you communicate with Elisabeth Feleke in December of 2021?

A    I don't recall.

Q    When is the first time you met with Elisabeth Feleke?

A    Once I was sworn in on January the 18th, 2022.

34

Answer:  Elisabeth Feleke, Mathieu Zahui, among others.)

Q    (By Mr. Dunne)  Who is the general counsel of USADF today?

A    When you say "who is the general counsel," are you asking for the person's name?

Q    Yes.

A    Kerline Perry.

Q    Is Kerline Perry African-American in race and color?

A    You would have to ask Kerline Perry how she racially identifies.

Q    To the best of your belief, do you believe that Kerline Perry is black in race and color?

A    I don't have a belief about Ms. Perry's racial identification.

Q    Have you ever sent an annual EEO notification to USADF employees?

A    Not that I recall.

Q    Have you attended any EEO training at USADF?

A    Not that I recall.

Q    Have you ever -- does -- does USADF employ any in-house EEO counselors?

A    I'm not aware.  I can't answer that with accuracy in this moment.

38

that the complainant had filed an EEO complaint against the agency?

A    I do not recall.

Q    How did you become aware that the complainant had filed an EEO complaint against the agency?

A    I do not recall.

Q    Did the complainant notify you by email that he was filing an EEO complaint against the agency?

A    Not to my recollection.

Q    Did the complainant notify you by email -- I will rephrase.

Did the complainant contact you by email to ask you to identify the EEO counselor for USADF?

A    Not to my recollection.

Q    What is the race and color of the complainant?

A    I don't know.

Q    When you learned of the complainant's EEO complaint, did you convene a meeting with other USADF employees to discuss your desired response to the EEO complaint?

A    No.

Q    Have you ever met with Mathieu Zahui to discuss the complainant's EEO complaint?

A    No.

Q    Have you ever met with Mathieu Zahui to discuss

232

A F F I D A V I T

STATE OF COLORADO            )
                            ) ss.
COUNTY OF                    )


        I have read my videotaped and videoconferenced deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the amendment sheet(s) attached hereto as indicated.


Amendment Sheet(s) attached [ ]
No changes; no amendment sheet attached [ ]


                _____
                         TRAVIS ADKINS


     SUBSCRIBED AND SWORN TO before me on this
_____ day of _____, 2024.
     My commission expires:


                _____
                         NOTARY PUBLIC


     in and for the State of _____

233

C E R T I F I C A T E

STATE OF COLORADO        )
                         )  ss.
COUNTY OF DOUGLAS         )


        I, Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, duly appointed to take the videotaped and videoconferenced deposition of TRAVIS ADKINS, certify that prior to the examination the deponent was duly sworn via audio-visual technology to testify to the truth in the matters in controversy between the parties herein; that the videotaped and videoconferenced deposition was taken in shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form by me and processed under my supervision, the same consisting of 232 pages, and that the same is a full, true and complete transcription of my shorthand notes.  I further certify that I am not related to, employed by, nor counsel to any of the parties herein, nor otherwise interested in the events of the within cause.


        A transcript review of this videotaped and videoconferenced deposition was requested and is available to the deponent as notified by me.


        IN WITNESS WHEREOF, I have affixed my notarial seal this 29th day of February, 2024.  My commission expires November 20, 2025.


                _____
                        Nathan Stormo
                Registered Professional Reporter