**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TRAVIS ADKINS, | |
| Plaintiff, | |
| v. | Civil Action No. 25-4399-DLF |
| THE DAILY WIRE, LLC, LUKE ROSIAK, and JASMINE BATTLE, | |
| Defendants. | |

**<u>DEFENDANT BATTLE'S MOTION TO DISMISS</u>**

Defendant Jasmine Battle respectfully moves to dismiss all claims the Amended Complaint pursuant to Federal Rules of Procedure 12(b)(2) and 12(b)(6).  The grounds for Defendant Battle's motion are set out in the attached memorandum of law.  A proposed order also accompanies this motion.

Dated: March 30, 2006                    Respectfully submitted,

<u>/s/ Sean W. O'Donnell</u>
Sean O'Donnell (D.C. Bar No. 90040392)
Michael Bekesa (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5180
Email: SODonnell@JudicialWatch.org

*Counsels for Defendant Jasmine Battle*