**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TRAVIS ADKINS, <br><br> *Plaintiff*, <br><br> v. <br><br> THE DAILY WIRE, LLC, <br><br> LUKE ROSIAK, and <br><br> JASMINE BATTLE, <br><br> *Defendants*. | No. 1:25-cv-4399 |

**JOINT MOTION FOR EXTENSIONS OF DEADLINES FOR PLAINTIFF**
**TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**
**AND FOR DEFENDANTS' REPLIES**

The parties, Plaintiff Travis Adkins and Defendants The Daily Wire, LLC, Luke Rosiak, and Jasmine Battle, by and through undersigned counsel, hereby move under Federal Rule of Civil Procedure 6(b)(1)(A) for extensions of time for Plaintiff to respond to the Motions to Dismiss (Dkts. 23 and 24) filed on March 30, 2026 and for Defendants to respectively extend their reply deadline to Plaintiff's forthcoming responses. The parties jointly agree and request the Court to grant extensions as follows: Plaintiff to respond to the Defendants' Motions to Dismiss on April 30, 2026, and Defendants to respond to Plaintiff's responses on May 14, 2026.

The parties have conferred regarding this Joint Motion, and agree as follows:

1. On December 18, 2025, Plaintiff filed the initial complaint in *Adkins v. The Daily Wire, LLC* (Dkt. 1). On January 8, 2026, Plaintiff filed an amended complaint (Dkt. 9), and Defendants filed waivers of service (Dkts. 12, 13, 14), resetting the deadline for Defendants to

answer to March 9, 2026.  The Parties subsequently conferred and agreed to a reciprocal extension of time for Defendants to answer until March 23, 2026, with the understanding that Defendants would, in turn, consent to an extension for Plaintiff.

2.      On February 24, 2026, the Media Defendants filed a motion to bifurcate (Dkt. 17). The Court denied that Motion and ordered Defendants to answer by March 30, 2026.  On March 30, 2026, Defendants filed their Motions to Dismiss. (Dkts. 23 and 24.)  Plaintiff's response is currently due in fourteen (14) days, on April 13, 2026, after which Defendants' responses would be due on April 20, 2026.

3.      The parties conferred and agreed to mutual extensions for the respective responses.

4.      Plaintiff respectfully requests a seventeen (17) day extension of time to respond to Defendants' Motion, up through and including April 30, 2026.  Plaintiff has not previously requested a deadlines in this matter.

5.      Defendants respectfully request seven (7) day extensions for their replies, up through and including May 14, 2026.

6.      Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements should be liberally granted absent a showing of bad faith or undue prejudice.  *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2nd 1031, 1035 (10th Cir. 1974)).

7.      The extensions of time are necessary.  While Plaintiff is still in the process of reviewing and assessing the arguments raised in Defendants' motions, the motions themselves exceed 80 pages combined and present multiple separate and distinct defenses, each of which

necessitate unique responses. And Defendants anticipate that Plaintiff's responses will be similarly detailed.

8.    Additionally, the parties previously conferred regarding a potential extension of time for Defendants, and Defendants' counsel agreed to such an extension on a reciprocal basis, Defendants themselves have had almost 12 weeks to draft and file their respective motions to dismiss, and Plaintiff has likewise agreed to a reciprocal extension for the Defendants. The parties respectfully submit that these extensions of time for Plaintiff's responses and Defendants' replies are fair and equitable.

9.    Based on the foregoing, good cause exists to extend the times noted above. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

10.    A proposed Order granting the Motion is attached hereto.

WHEREFORE, the parties respectfully request the Court to enter an Order granting the extensions of time for Plaintiff to respond to Defendants' Motions to Dismiss, up to and including April 30, 2026, and for Defendants to reply to Plaintiff's response on or before May 14, 2026.

DATED: March 31, 2026

Respectfully submitted,

/s/ Dustin A. Pusch
Dustin A. Pusch (D.D.C. Bar No. 1015069)
Mark Thomson (D.D.C. Bar No. 1048004)
Meier Watkins Phillips Pusch LLP
1120 20th Street, NW, Suite 500
Washington, DC 20036
dustin.pusch@mwpp.com
mark.thomson@mwpp.com

Karianne Jones (D.D.C. Bar No. 1177335)
Brandon Faske (*pro hac vice*)
Evergreen Legal Strategies, LLP

1763 Columbia Rd NW, Suite 100
Washington, D.C. 20009
karianne@evergreenlegalstrategies.com
brandon@evergreenlegalstrategies.com

*Counsel for Plaintiff Travis Adkins*

*/s/ Jesse D. Franklin-Murdock*
Karin M. Sweigart, Esq.
(Bar #CA00145)
Jesse D. Franklin-Murdock, Esq.
(Bar #CA00147)
Sweigart Murdock, LLP
1160 Battery St., Ste. 100, San Francisco,
CA 94111
Tel.: (415) 873-0123
ksweigart@dhillonlaw.com
jfranklin-murdock@dhillonlaw.com

*Counsel for Defendants The Daily Wire and
Luke Rosiak*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
Sean W. O'Donnell (D.C. Bar No.
90040392)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
mbekesha@judicialwatch.org
sodonnell@judicialwatch.org

*Counsel for Defendant Jasmine Battle*